IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER KELLY, individual and on Behalf of all others similarly situated, | : |
| | : Case No. 2:16-cv-05672-MSG |
| Plaintiff, | : |
| v. | : |
| VERIZON PENNSYLVANIA, LLC, VERIZON ONLINE PENNSYLVANIA PARTNERSHIP, and VERIZON PENNSYLVANIA, | : |
| Defendants | : |

**PRAECIPE FOR ENTRY OF APPEARANCE**

TO THE CLERK OF SAID COURT:

Kindly enter my appearance on behalf of Plaintiff, Christopher Kelly.

Papers may be served at the address set forth below.

ANAPOL WEISS

/s/ Clayton P. Flaherty
Clayton P. Flaherty, Esquire (No. 319767)

One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
(215) 383-2745 Phone
(215) 875-7716 Fax
cflaherty@anapolweiss.com

**CERTIFICATE OF SERVICE**

I, Clayton P. Flaherty, hereby certify that on this 30th day of November, 2016, I served a true and correct copy of the foregoing Praecipe for Entry of Appearance on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Clayton P. Flaherty
Clayton P. Flaherty, Esquire