Exhibit "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| | For Prothonotary Use Only (Docket Number) |
|---|---|
| **SEPTEMBER 2016** | **003521** |
| E-Filing Number: 1609064000 | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| CHRISTOPHER KELLY | VERIZON PENNSYLVANIA, LLC C/O CT CORPORATION SYSTEM |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 620 GORGAS LANE PHILADELPHIA PA 19128 | 116 PINE STREET HARRISBURG PA 17101 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | VERIZON ONLINE PENNSYLVANIA PARTNERSHIP |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | VERIZON PENNSYLVANIA C/O CT CORPORATION |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | TWO COMMERCE SQUARE 2001 MARKET STREET, 5TH FLOOR PHILADELPHIA PA 19103 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 3 | ☒ Complaint    ☐ Petition Action    ☐ Notice of Appeal<br>☐ Writ of Summons    ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☐ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☐ Non-Jury<br>☒ Other: CLASS ACTION | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**

C1 - CLASS ACTION

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY** SEP **28** 2016 **M. BRYANT** | IS CASE SUBJECT TO COORDINATION ORDER?    YES    NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: CHRISTOPHER KELLY

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| DAVID S. SENOFF | ANAPOL WEISS ONE LOGAN SQUARE 130 N. 18TH ST., SUITE 1600 PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)735-1130 | none entered | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 65278 | dsenoff@anapolweiss.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| DAVID SENOFF | Wednesday, September 28, 2016, 05:10 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

SOL H. WEISS, ESQUIRE (NO. 15925)
DAVID S. SENOFF, ESQUIRE (NO. 65278)
CLAYTON P. FLAHERTY, ESQUIRE (NO. 319767)
ANAPOL WEISS
ONE LOGAN SQUARE
130 N. 18TH STREET, SUITE 1600
PHILADELPHIA, PA 19103
PHONE: (215) 790-4550
FAX: (215) 875-7733
dsenoff@anapolweiss.com

*ATTORNEYS FOR THE PLAINTIFF
AND THE CLASS*

Filed and Attested by the
Office of Judicial Records
28 SEP 2016 05:10 pm
M. BRYANT

| | |
|---|---|
| CHRISTOPHER KELLY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED 620 GORGAS LANE PHILADELPHIA, PA 19128 | COURT OF COMMON PLEAS PHILADELPHIA COUNTY SEPTEMBER TERM, 2016 |
| *PLAINTIFF,* | FILE NO. |
| V. | CIVIL ACTION – CLASS ACTION |
| VERIZON PENNSYLVANIA, LLC c/o CT CORPORATION SYSTEM 116 PINE STREET, SUITE 320 HARRISBURG, PENNSYLVANIA 17101 | JURY TRIAL DEMANDED |
| AND | |
| VERIZON ONLINE PENNSYLVANIA PARTNERSHIP 1095 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | |
| AND | |
| VERIZON PENNSYLVANIA c/o CT CORPORATION TWO COMMERCE SQUARE 2001 MARKET STREET 5TH FLOOR PHILADELPHIA, PA 19103 | |
| *DEFENDANTS.* | |

## NOTICE TO DEFEND

Case ID: 160903521

<div style="display:flex">

<div>

## NOTICE

You have been sued in Court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
One Reading Center
Philadelphia, Pennsylvania 19107
Telephone: 215-238-1701

</div>

<div>

## AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparesencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u ostros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME FOR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
SERVICIO DE REFERENCIA E INFORMACION LEGAL
One Reading Center
Filadelfia, Pennsylvania 19107
Telefono: 215-238-1701

</div>

</div>

Case ID: 160903521

SOL H. WEISS, ESQUIRE (NO. 15925)
DAVID S. SENOFF, ESQUIRE (NO. 65278)
CLAYTON P. FLAHERTY, ESQUIRE (NO. 319767)
ANAPOL WEISS
ONE LOGAN SQUARE
130 N. 18TH STREET, SUITE 1600
PHILADELPHIA, PA 19103
PHONE: (215) 790-4550
FAX: (215) 875-7733
dsenoff@anapolweiss.com

*ATTORNEYS FOR THE PLAINTIFF*
*AND THE CLASS*

| | | |
|---|---|---|
| CHRISTOPHER KELLY, INDIVIDUALLY | : | COURT OF COMMON PLEAS |
| AND ON BEHALF OF ALL OTHERS | : | PHILADELPHIA COUNTY |
| SIMILARLY SITUATED | : | |
| 620 GORGAS LANE | : | SEPTEMBER TERM, 2016 |
| PHILADELPHIA, PA 19128 | : | |
| | : | FILE NO. |
| *PLAINTIFF,* | : | |
| | : | CIVIL ACTION – CLASS ACTION |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| VERIZON PENNSYLVANIA, LLC | : | |
| c/o CT CORPORATION SYSTEM | : | |
| 116 PINE STREET, SUITE 320 | : | |
| HARRISBURG, PENNSYLVANIA 17101 | : | |
| | : | |
| AND | : | |
| | : | |
| VERIZON ONLINE PENNSYLVANIA | : | |
| PARTNERSHIP | : | |
| 1095 AVENUE OF THE AMERICAS | : | |
| NEW YORK, NY 10036 | : | |
| | : | |
| AND | : | |
| | : | |
| VERIZON PENNSYLVANIA | : | |
| c/o CT CORPORATION | : | |
| TWO COMMERCE SQUARE | : | |
| 2001 MARKET STREET | : | |
| 5TH FLOOR | : | |
| PHILADELPHIA, PA 19103 | : | |
| | : | |
| *DEFENDANTS.* | : | |

## CLASS ACTION COMPLAINT

Plaintiff, Christopher Kelly, individually and on behalf of all others similarly situated, by and through his attorneys, Anapol Weiss, alleges as follows upon personal knowledge as to himself and his own acts and experiences, and as to all other matters, upon information and belief, including investigation conducted by his attorneys.

## INTRODUCTION

1.    Defendant Verizon Pennsylvania, LLC, is a limited liability corporation organized and existing under the laws of the State of Delaware, while Defendants Verizon Online Pennsylvania Partnership, and Verizon Pennsylvania (collectively, "Verizon"), are unincorporated business entities organized under the laws of Pennsylvania. . Verizon is a leading provider of television programming—known commercially as "FiOS"—to customers across the country, including Pennsylvania. As of February 2016, FiOS is the largest provider of fiber optic broadband in the U.S., servicing some 31.6 million people. *See, e.g., Verizon FiOS,* BROADBANDNOW, *available at* http://www.broadbandnow.com/Verizon-Fios (*last visited* Sept. 20, 2016). Pennsylvania is one of Verizon's largest coverage areas, with service available across 88 percent of the Commonwealth. *See, e.g.,* Nick Reese, *Pennsylvania's Broadband: Stats & Figures,* BROADBANDNOW, (July 19, 2016), http://broadbandnow.com/Pennsylvania.

2.    Verizon requires its FiOS customers to lease a "set-top" box for each television to be connected to Verizon's broadband network.  Verizon's FiOS customers are assessed recurring fees for the use of these devices, which range in price from $9.99 to $12.00 per month (in addition to the cost of FiOS service).

3.    These devices provide an "input" connection for a FiOS cable line and an "output" connection to a customer's television.  Verizon requires its customers to utilize

<div align="center">2</div>

a separate box for each and every television connected to the FiOS network. Allegedly, these devices are required to facilitate various functions, such as decoding broadband signals, accessing on-demand content ("ODC"), or utilizing "digital video recorder" ("DVR") functions.

4.     In addition to basic FiOS service, Verizon also offers a "FiOS Quantum TV" ("Quantum"), a premium service with increased functionality. In particular, Quantum customers have access to the "FiOS Mobile App" ("the application") that allows Quantum customers to access FiOS service via properly equipped digital devices (*i.e.*, "smart" televisions, "smart" cellular phones, tablets, and computers). The application permits Verizon's customers to access live-TV programming, ODC, and DVR functions via digital devices that are not connected to a Verizon set-top box. Rather, these devices access FiOS content by connecting directly to the Internet. *See, e.g., FiOS Quantum TV,* Verizon, http://www.verizon.com/home/MLP/QTV.html (last visited Sept. 26, 2016) ("Stream shows from your DVR, live TV, and select On Demand titles to your compatible mobile device with the [FiOS] Mobile app. You can even manage recordings and setting from your smartphone or any internet-connected computer."):



5.    In addition to permitting Quantum customers to view content, primarily, many of these mobile devices are also capable of "exporting" the application to secondary mediums. For example, computers are capable of "projecting" their desktop screen onto many (if not most) televisions through the use of standardized digital connectors. Other third-party devices discussed further, *infra*, also offer alternatives to the use of a set-top box. Therefore, customers utilizing the application or, more generally, the internet are capable of viewing FiOS content without the use of a device directly connected to a set-top box.

6.    Notwithstanding the accessibility of the application and other "third-party equipment alternatives,"[1] Verizon deceives and confuses its Quantum customers by

---

[1] The phrase "third-party equipment alternatives" is used throughout this complaint, broadly, to refer to the various set-top box substitutes available to Quantum customers. These workarounds include, but are not limited to: (1) through the use of a "digital media streaming device" that is directly connected to a television (*e.g.*, the Roku Streaming Stick, the Amazon Fire TV Stick, the Google Chromecast); (2) through the use of an application that is streamed directly to properly equipped "smart" televisions (*e.g.*, the application accessed directly from a "smart" television); and (3) through the use of an application that is streamed to a properly equipped digital device (such as a laptop computer utilizing the application or the

remaining silent regarding the availability of set-top box alternatives.  Instead, Verizon deceptively claims that a set-top box connection is *required* to view content on all of its customers' television sets.   Verizon's predatory claims regarding the alleged functionality of its set-top boxes are at-odds with technological reality and Verizon's legal duties to the Commonwealth's consumers.

7.   In violation of the Pennsylvania Unfair Trade Practices and Consumer Protection Law ("UTPCPL"), 73 P.S. §§ 201-1, *et seq.*, Verizon has deceived and confused its Quantum customers into leasing multiple set-top boxes in order to access FiOS on multiple televisions.[2]

8.   Verizon's deceptive and confusing communications regarding the functionality of its set-top boxes, and the monthly fees that it has assessed Quantum customers, constitute illegal conduct under the laws of the Commonwealth.

## JURISDICTION AND VENUE

9.   Plaintiff has commenced this action pursuant to the "unlimited original jurisdiction" of the Pennsylvania Courts of Common Pleas. *See, e.g.,* 42 Pa.C.S. § 931(a).

10.   Verizon   regularly   and   systematically   conducts   business   within Pennsylvania and personal jurisdiction is, therefore, properly exercised over Defendant.

11.   This Honorable Court is a proper venue pursuant to Pa.R.Civ.P. 1006. Verizon regularly and systematically conducts business in Philadelphia County, a

---

internet) that is then projected onto a television through the use of standardized digital connectors. *See also, e.g., infra* at ¶¶ 36-41.

[2] Even assuming, *arguendo*, that technological aspects of FiOS functionality requires customers to maintain a single set-top box, Verizon's Quantum customers can access the full suite of FiOS content (including the ability to view that content on a television) without the use of multiple set-top boxes. Plaintiff does **not** concede that a single set-top box is, in fact, required to access FiOS content. However, to the extent that a single set-top box *may* be necessary to effectuate various FiOS functions, Plaintiff avers that requiring Quantum customers to lease a set-top box for each and every television to be connected to FiOS is technologically redundant and commercially deceptive.

substantial part of the events giving rise to Plaintiff's claims occurred in Philadelphia County.

## THE PARTIES

12.     Plaintiff, Christopher Kelly, is an adult who resides at 620 Gorgas Lane, Philadelphia, Pennsylvania.

13.     Since at least August 2014, Plaintiff has been and currently is a Quantum customer of Verizon, and has been leasing two (2) set-top boxes from the Defendant.

14.     Defendant, Verizon Pennsylvania, LLC, is a limited liability corporation organized and existing under the laws of the state of Delaware with its service address listed as c/o CT Corporation System, 116 Pine Street, Suite 320, Harrisburg, Pennsylvania 17101.

15.     Defendant, Verizon Online Pennsylvania Partnership, is a partnership and unincorporated business entity organized and existing under the laws of Pennsylvania, with a registered address of: 1095 Avenue of the Americas, New York, NY 10036.  The partnership has two owners of record: (1) Verizon North, Inc. (now known as "Frontier North, Inc."), a business corporation incorporated in Wisconsin whose registered address is: 3 High Ride Park, Stamford, CT 06905-1337; and (2) Verizon Pennsylvania, Inc., a business corporation incorporated in Pennsylvania, with a registered address of: c/o CT Corporation, Two Commerce Square, 2001 Market Street, 5th Floor, Philadelphia, PA 19103.

16.     Defendant, Verizon Pennsylvania, is an unincorporated business entity organized and existing under the laws of Pennsylvania whose registered address is: 1717 Arch Street, Philadelphia, PA 19103.  The entity has one owner of record: Bell Atlantic

6

Pennsylvania, Inc., which is a previous corporate name of "Verizon Pennsylvania, Inc.,"
(previously described above as an owner of Verizon Online Pennsylvania Partnership) a
business corporation incorporated in Pennsylvania, with a registered address of: c/o CT
Corporation, Two Commerce Square, 2001 Market Street, 5th Floor, Philadelphia, PA
19103.

17.    For the sake of brevity and clarity, these entities are referred to,
collectively, as "Verizon" throughout this complaint.

18.    Upon information and belief, at all times relevant hereto, Verizon was
acting individually, jointly, and/or by and through its agents, servants, franchisees,
workmen, and/or employees.

19.    Upon information and belief, Verizon provides broadband cable services,
including high-speed Internet service and fiber-to-the-premises services under the
"FiOS" service mark for both residential and commercial customers.

20.    Upon information and belief, Verizon provides services across the
Commonwealth, including, but not limited to, Philadelphia County.

21.    Upon information and belief, at all relevant times hereto, throughout the
instant class period, and continuing until today, Verizon has been the service provider
for all of the aforementioned FiOS services in the Commonwealth, including, but not
limited to, Quantum.

22.    Upon information and belief, Verizon also acts as the lessor of the
aforementioned "set-top" boxes.  At all times relevant hereto, Verizon charges a monthly
leasing fee in connection with these devices that ranges from $9.99 to $12.00.  This
recurring charge appears as an item that is identified as "TV Equipment Package" on

Plaintiff's documentation from Verizon.   *See, e.g.,* Plaintiff's August 2016 and September 2016 Verizon bills, including respective charges for renting two set-top boxes totaling $19.98, true and correct copies of which are attached hereto, made a part hereof, and collectively marked Exhibit "A."

## FACTUAL BACKGROUND

### Leasing of "Set-Top" Boxes to Verizon Customers

23.     Verizon's parent company of the same name is one of the largest providers of television programming, *to wit*: multi-channel video programming distribution ("MVPD") in the United States.  This content includes, but is not limited to, FiOS and Quantum

24.     In addition to paying for MVPD services, Verizon customers are also obligated to rent a separate proprietary product—the set-top box—for a leasing fee that is assessed in addition to the cost of the underlying service.  Verizon effectuates these leases under the guise that a separate set top box is required for each television to be connected to the FiOS network.

25.     Alternatively referred to as a "digital receiver" or a "digital converter," these units are designed with a single "input" and "output" connection.  Verizon erroneously purports that such devices are a necessary conduit between a FiOS cable connection and a television.  Specifically, Verizon deceives Quantum customers into leasing one (1) set-top box for each and every television to be connected to the FiOS network.

26.     Upon information and belief, Plaintiff avers that Verizon trains and instructs its employees to claim that customers <u>must</u> lease a set-top box for each

Case ID: 160903521

television to be connected to the FiOS network.  This exclusive leasing scheme is nothing more than a thinly veiled mechanism enabling Verizon to secure additional, supracompetitive profits.[3]

27.    Verizon does not adequately apprise and therefore confuses its Quantum customers regarding the availability of third-party equipment alternatives.   To the contrary, Verizon and its employees/agents have deceived its customers into believing that leasing multiple set-top boxes from Verizon is a prerequisite for accessing FiOS services on multiple televisions in their own homes.

### Overview of Verizon's Sales Processes

28.    Verizon offers a premium FiOS program titled "FiOS Quantum TV," which: (1) increases DVR storage capacity; (2) allows customers to pause / rewind live television; and (3) increases the number of channels available via DVR.  *See, e.g., Upgrade to Quantum TV*, VERIZON, http://fios.verizon.com/upgrade-to-quantum-tv.html (last visited Sept. 26, 2016).

29.    Verizon offers two types of Quantum services: "Premium" and "Enhanced," with the Premium package offering doubled capabilities.   These services range in price from $22 to $32 per month.

30.    Customers are able to purchase FiOS services—including, but not limited to, Quantum—via the Verizon website.   During this process, every service option available to potential customers requires them to lease a set-top box for each television set to be connected to the FiOS network.

---

[3] This policy is in stark contrast to other equipment policies associated with Verizon's FiOS services.  For example, FiOS customers must utilize a router in order to obtain FiOS Internet service, which Verizon offers for both lease *and* purchase.

9

31.    Below are several screenshots taken from a putative service order that was generated on the Verizon website, with the service address set within Philadelphia, Pennsylvania.  Specifically, these screenshots represent a potential customer selecting a plan titled "Custom TV -- Essentials," priced at a base of $64.99 per month:



10



32.    After selecting a FiOS plan, Verizon's online ordering process provides customers with the option of renting a "FiOS Quantum Gateway" router from FiOS for $10.00 per month, or, alternatively, customers may purchase the same router for a one-time charge of $149.99.  This selection process is illustrated on the two screenshots below:

Case ID: 160903521

33.   After selecting a router, customers are directed to an interface requiring them to lease a set-top box for each television to be connected to the FiOS network. Specifically, this process requires Verizon's customers to: (1) state how many televisions they will be connecting to FiOS service; and (2) select DVR recording options (titled "Recording Services" below).

34.   This interface forces Verizon customers to lease a set-top box for every television to be connected to the FiOS network. These leases are presented as automatic and imperative, without reference to the available third-party equipment alternatives:

12

Case ID: 160903521





35.     Verizon's purchase process does not provide customers with an affirmative choice to: (1) select how many set-top boxes they wish to lease from Verizon; (2) purchase these set-top boxes in lieu of a leasing agreement; or (3) obtain analogous equipment from various third-party merchants during the initial ordering process.  As

13

currently administered, leasing multiple set-top boxes is presented as an absolute condition of obtaining FiOS service from Verizon on multiple televisions.

36.    The total monthly bill for a putative Verizon customer who selects this hypothetical service package for two (2) televisions, leases a router, and opts for "Enhanced" DVR coverage (including Quantum) will have a monthly bill estimated at $129.40.  Verizon currently charges $12.00 per month for a customer's first set-top box, and $10.00 per month for reach additional box.  This means that the monthly fees for equipment rental (including the router) totals $50.00, alone:

| | Services and Discounts | Monthly Amount |
|---|---|---|
| New | Fios Custom TV - Essentials | $64.99 |
| New | Fios Equipment Package | $40.00 |
| | (Rent): Fios Quantum Gateway Router | |
| | Fios Quantum TV Enhanced Service | |
| | (Rent): 1 HD Set-Top Box | |
| New | (Rent): HD Set-Top Box | $12.00 |
| New | TV Equipment Package Discount | -$2.00 |
| | Estimate Monthly Subtotal | $114.99 |
| | Taxes,Fees, and Other Verizon Charges | $11.42 |
| | Fios TV Broadcast Fee | $2.99 |
| | Estimated Monthly Charges | $129.40 |

37.    If the same putative Verizon customer elected to connect four (4) televisions to the FiOS network, the monthly cost would rise to an estimated $152.14 per month.  The total fees for renting equipment (one router and four (4) set-top boxes)

would total at least $70.00, accounting for nearly **fifty percent** of the customer's overall bill:



| | Services and Discounts | Monthly Amount |
|---|---|---|
| New | Fios Custom TV - Essentials | $64.99 |
| New | Fios Equipment Package | $40.00 |
| | (Rent) Fios Quantum Gateway Router | |
| | Fios Quantum TV Enhanced Service | |
| | (Rent) 1 HD Set-Top Box | |
| New | (Rent) HD Set-Top Box 3 | $36.00 |
| New | TV Equipment Package Discount | -$6.00 |
| | Estimate Monthly Subtotal | $134.99 |
| | Taxes,Fees, and Other Verizon Charges | $14.16 |
| | Fios TV Broadcast Fee | $2.99 |
| | Estimated Monthly Charges | $152.14 |

## Quantum Provides Concomitant "Mobile" Access to the FiOS Network

38.     Verizon's customers that opt for Quantum coverage are given access to the application and to Verizon's internet website, which allows customers to access live programming, ODC, and DVR functions from any properly equipped digital device (*i.e.*, "smart" televisions, "smart" cell phones, tablets, and computers).

39.     The application and the website are effective both within, and without, Verizon's customers' homes and permits access to the panoply of the FiOS services included in each respective customer's service plan.  For example, Quantum customers

utilizing the application or the internet may watch live-streaming channels in real time, fully access DVR recordings and settings, and fully access ODC on multiple televisions without the use of an equal number of set-top boxes.

40.    In particular, there are at least three substitutes to Verizon's set-top box "requirement": (1) through the use of a "digital media streaming device" that is directly connected to a television (*e.g.*, the Roku Streaming Stick, the Amazon Fire TV Stick, the Google Chromecast); (2) through the use of an application that is streamed directly to properly equipped "smart" televisions (*e.g.*, the application accessed directly from a "smart" television); and (3) through the use of an application or the internet that is streamed to a properly equipped digital device (such as a laptop computer utilizing the application) that is then "projected" onto a television through the use of standardized digital connectors.

41.    "Digital media streaming devices" are marketed by various third-parties and typically range in cost from $30.00 to $50.00.  These devices connect to televisions and enable the playing of audio-visual content by streaming content (*i.e.*, through the application), from the Verizon customer's wireless Internet connection ("Wi-Fi").

42.    Similarly, many "smart" televisions have integrated Internet features (such as the capability of directly connecting to Wi-Fi) and are capable of streaming such content via Wi-Fi without the use of a third-party device.

43.    Additionally, mobile digital devices such as "smart" cellular phones, tablets, or most computers are also capable of accessing FiOS content without a set-top box via the application or an Internet browser.  This content can then be "projected" to a Verizon customers' televisions with the use of various standardized digital connections

Case ID: 160903521

(the specific requirements vary depending on the make and model of the digital device and the television).

44.   The conclusion suggested by these alternatives is unavoidable: Quantum customers are readily able to view and access FiOS content on multiple televisions without the use of multiple set-top boxes.

45.   This revelation dovetails with research indicating that the use and availability of third-party equipment alternatives is expanding rapidly.   According to estimates produced by the digital data analysts at eMarketer, 49.7 percent of the U.S. population will be using "connected televisions" to access the Internet, directly, by the end of 2016.   *See, e.g., Majority of US Internet Users to Use a Connected TV by 2015*, EMARKETER (Jun. 13, 2014), *available at* http://www.emarketer.com/Article/Majority-of-US-Internet-Users-Use-Connected-TV-by-2015/1010908.   Additionally, surveys conducted by the Pew Research Center estimated that cell phone ownership among U.S. adults was at 68 percent in 2015.   *See, e.g.*, Monica Anderson, *Technology Device Ownership: 2015*, PEW RESEARCH CENTER, (Oct. 29, 2015), *available at* http://www.pewinternet.org/2015/10/29/technology-device-ownership-2015/.

46.   At no time throughout its sales process does Verizon inform its Quantum customers that it is possible to access FiOS service on a television that is not connected to a set-top box through the use of any of the aforementioned third-party equipment alternatives.   Rather, Verizon's sales process confusingly and deceptively requires Quantum customers to lease multiple set-top boxes in order to access FiOS service on multiple televisions in the same household.

Case ID: 160903521

**Plaintiff's Purchase of Verizon FiOS Programming With Quantum Service**

47.     Plaintiff is sensitive to the price of digital cable programming and has, at various times, compared pricing options offered by competing digital cable providers.

48.     In or about August 2014, Plaintiff purchased a "Triple Play Bundle" from Verizon which included Quantum as part of the overall plan.

49.     At the time of purchase, Plaintiff chose to connect his FiOS service to two (2) televisions through the automatic leasing process utilized by Verizon.   Since his service contract began in August 2014, Plaintiff consistently has been charged $19.98 every month for the two set-top boxes. *See, e.g.*, Plaintiff's Verizon bills from August 2014, September 2014, October 2014, December 2015, January 2016, and February 2016, including charges for two set-top boxes totaling $19.98, true and correct copies of which are attached hereto, made a part hereof, and collectively marked Exhibit "B."

50.     After approximately two years of service, Plaintiff has paid a total of $479.52 in lease charges, alone, for the two set-top boxes.

**Verizon's Deceptive and Misleading Sales Practices**

51.     Verizon is a Major MVPD service provider in the Commonwealth of Pennsylvania.

52.     At all relevant times hereto and continuing until today, Verizon was required to peddle its FiOS services while providing full disclosures to its Quantum customers regarding the third-party equipment alternatives available (with particular reference to subscribers leasing more than one set-top box from Verizon).

53.     Upon information and belief, Verizon's deceptive conduct took the form of Verizon's representations, primarily and by-and-through its employees and/or agents.

18

Customers wishing to purchase FiOS service were required to lease multiple set-top boxes in order to access FiOS programming on multiple televisions.  In so doing, Verizon deceptively obfuscated the state of its technology, obscured the availability of third-party equipment alternatives, and collected lucrative fees at the expense of its clientele.

54.    The ultimate result of this deceptive conduct is that Verizon's customers paid and continue to pay for the privilege of unneeded and redundant devices whose sole purpose is to generate an additional revenue stream for Verizon.

55.    By engaging in the conduct set forth and described above, Verizon has violated Pennsylvania law in the following ways:

a.  Deceptively and confusingly requiring Plaintiff and the Class to lease a separate set-top box for each television the customer wishes to connect to the FiOS network;

b.  Improperly assessing monthly fees for multiple set-top boxes without disclosing to Quantum customers, including Plaintiff and the members of the class, that there are numerous third-party alternatives available that allow customers to access FiOS services on multiple televisions without the use of multiple set-top boxes;

c.  Deceptively requiring its Quantum customers, including Plaintiff and the members of the class, to lease multiple set-top boxes by erroneously claiming that such equipment is required to view "all digital programming" on the multiple televisions;

Case ID: 160903521

d. Deceptively and confusingly omitting facts which are material to the commercial relationship between Verizon and its Quantum customers, including Plaintiff and the other members of the class, to wit, the availability of third-party equipment alternatives, including:

    i. Utilizing a "digital streaming device" that can connect to the Internet, primarily, and directly stream FiOS content through the application or by a similar means, without the use of Verizon's set-top box;

    ii. Utilizing a "smart" television that can connect to the Internet, primarily, and directly stream FiOS content through the application or by a similar means, without the use of Verizon's set-top box; and

    iii. Utilizing a "smart" digital device to stream FiOS content through the application or by a similar means, without the use of Verizon's set-top box, and then "projecting" that content onto a television through the use of standardized digital connectors.

56. Therefore, Plaintiff alleges that the deceptive conduct of Verizon and its abject failure to honestly market its Fios product gives rise to liability for the claims set forth herein.

**CLASS ALLEGATIONS**

57. Plaintiff brings this action on behalf of himself and as a member of the class defined below, as a class action under the provisions of Pa.R.C.P. 1711(a).

58. The class on whose behalf this action is brought by Plaintiff is defined as follows:

Case ID: 160903521

All Pennsylvania residents who are current or former customers of Defendant Verizon, who purchased FiOS with Quantum, and who have paid rental charges for the use of more than one so-called "set-top" box to Defendant Verizon at any time from September 2011 to the present.

59.   Certification of the class defined above is proper in that:

a.  The proposed class of Pennsylvania citizens who purchased FiOS and Quantum from Verizon are so numerous that joinder of all members is impractical.   The exact number and identities of this class are currently unknown to Plaintiff, however, the exact number and identities of the class members are known to Verizon; and

b.  There are questions of law and fact common to the class, including, but not limited, to whether Verizon:

i.   Deceptively required Quantum customers to lease set-top boxes for each television the customer wanted to connect to FiOS service;

ii.  Deceptively obfuscated the availability of third-party equipment alternatives that would allow customers to fully access FiOS content on multiple televisions without the use of multiple set-top boxes; and

iii. Engaged in a duplicitous commercial scheme that constitutes an unfair method of competition and illegal, deceptive conduct under Pennsylvania law.

60.   Plaintiff is a member of the class and his claims, as described above, are typical of the claims of the class members.

21

61.     As the representative party, Plaintiff will fairly and adequately protect the interests of the class under the criteria set forth at Pa.R.C.P. 1709, in particular:

a.  Plaintiff and his attorneys will adequately represent the interests of the class;

b.  Plaintiff does not have any conflict of interest in the maintenance of this class action; and

c.  Plaintiff has engaged responsible class counsel who have sufficient financial resources to assure that the interests of the class will be adequately protected and will not be harmed, consistent with the Pennsylvania Rules of Professional Conduct.

62.     This class action provides a fair and efficient method for adjudication of the controversy under the criteria set forth at Pa.R.C.P. 1708, in particular:

a.  Common questions of law and fact predominate over any questions affecting only individual members, including pleadings and factual issues relating to liability and damages;

b.  The matter appropriately may be managed as a class action;

c.  The prosecution of individual actions would create a risk of inconsistent adjudication, establishing disparate and incompatible standards of conduct for Verizon;

d.  In view of the complexity and expense of litigation, the separate claims of the individual members of the class, alone, would not be sufficient to justify the expense of effectively prosecuting such claims;

22

Case ID: 160903521

e.   There is no pending litigation already commenced addressing these issues;
and

f.   This court is the appropriate forum for litigation of the claims of the entire
case.

63.   The class is readily definable and prosecution of this controversy as a class
action will eliminate the possibility of repetitious litigation, while also providing
redress for claims that may be too small to support the expense of individual, complex
litigation.  In addition, the maintenance of separate actions would place a substantial
and unnecessary burden on the courts of this Commonwealth and would result in
inconsistent adjudications.   Conversely, a single class action would definitively
determine the rights of all class members with the added benefit of judicial economy.

64.   In this action, Plaintiff seeks all appropriate and available relief from
Verizon for its deceptive practices and unfair methods trade, specifically with regard to
its deceptive conduct regarding the alleged "requirement" of leasing a "set-top box" for
each and every television in a customer's home.

## COUNT I
## VIOLATIONS OF THE PENNSYLVANIA UNFAIR TRADE PRACTICES AND
## CONSUMER PROTECTION LAW

65.   Plaintiff incorporates herein, by reference, all other paragraphs of this
Class Action Complaint as if fully set forth herein at length.

66.   This cause of action is brought pursuant to the UTPCPL, *see, e.g.*, 73 P.S.
§§ 201-1, *et seq.*, which enshrines legal protections and recourse for Pennsylvania
consumers against unfair or deceptive acts or practices in the conduct of any "trade or
commerce," as defined at 73 P.S. §§ 201-2(4)(i)-(xxi); and 201-3.

23

67.     Plaintiff and the class are "persons" as defined by the UTPCPL.

68.     At all relevant times, Plaintiff and the class purchased goods and services from Verizon for personal, family, or household purposes as defined by the UTPCPL.

69.     At all relevant times, the transactions between Plaintiff, the class, and Verizon constituted "trade or commerce" as defined by the UTPCPL.

70.     Defendant Verizon's ongoing deceptive commercial practices, which required its customers to lease multiple set-top boxes as a pre-requisite for accessing FiOS content on multiple televisions, and its total obfuscation of the availability of numerous third-party equipment alternatives, violates Section 201-2(4)(xxi) of the UTPCPL in at least the following ways:

   a. Deceptively and confusingly requiring Plaintiff and the Class to lease a separate set-top box for each television the customer wishes to connect to the FiOS network;

   b. Improperly assessing monthly fees for multiple set-top boxes without disclosing to Quantum customers, including Plaintiff and the members of the class, that there are numerous third-party alternatives available that allow customers to access FiOS services on multiple televisions without the use of multiple set-top boxes;

   c. Deceptively requiring its Quantum customers, including Plaintiff and the members of the class, to lease multiple set-top boxes by erroneously claiming that such equipment is required to view "all digital programming" on the multiple televisions;

Case ID: 160903521

    d.  Deceptively and confusingly omitting facts which are material to the commercial relationship between Verizon and its Quantum customers, including Plaintiff and the other members of the class, to wit, the availability of third-party equipment alternatives, including:

        i.  Utilizing a "digital streaming device" that can connect to the Internet, primarily, and directly stream FiOS content through the application or by a similar means, without the use of Verizon's set-top box;

        ii.  Utilizing a "smart" television that can connect to the Internet, primarily, and directly stream FiOS content through the application or by a similar means, without the use of Verizon's set-top box; and

        iii.  Utilizing a "smart" digital device to stream FiOS content through the application or by a similar means, without the use of Verizon's set-top box, and then "projecting" that content onto a television through the use of standardized digital connectors.

71.    Although Plaintiff does not concede that reliance is not a necessary element of the UTPCPL violations set forth herein, to the extent that "justifiable detrimental reliance" may be a required element of the claims herein, Plaintiff and the class, at all relevant times hereto, justifiably relied upon Verizon's deceptive and unfair practices regarding the necessity of leasing multiple set-top boxes, to their detriment. Moreover, this justifiable detrimental reliance resulted in actual pecuniary harm to the Plaintiff and the class.

Case ID: 160903521

72.   Plaintiff further avers that justifiable detrimental reliance is presumed as a result of the materiality of the transactions at issue in this case.

73.   By reason of the foregoing, Plaintiff and the class have been harmed, entitling them to injunctive relief, actual damages, statutory damages, treble damages, costs of litigation, and reasonable attorneys' fees.

WHEREFORE, Plaintiff and the class respectfully request that this Honorable Court enter judgment against Verizon as to Count I and award Plaintiff and the class actual and statutory damages for each instance of unfair or deceptive conduct, including, but not limited to, each instance when Verizon obfuscated the availability of third-party equipment alternatives to Verizon's set-top boxes, and/or improperly required Plaintiff and the class to lease multiple set-top boxes.  Plaintiff and the class respectfully request damages in an amount in excess of fifty-thousand dollars ($50,000.00), together with interest, statutory damages, treble damages, costs of litigation, reasonable attorneys' fees, and such other relief as this Honorable Court may deem appropriate.

## COUNT II
## DECLARATORY JUDGMENT

74.   Plaintiff and the class incorporate herein, by reference, all other paragraphs of this Class Action Complaint as if fully set forth herein at length.

75.   The UTPCPL prohibits unfair methods of competition and deceptive acts and practices that create the likelihood of confusion or misunderstanding, including Verizon's actions, which deceptively required its Quantum customers to lease multiple set-top boxes in order to access FiOS content on multiple televisions.  In reality,

26

Verizon has deceptively and confusingly obfuscated from its Quantum customers the availability of third-party equipment alternatives. *See, e.g.,* 73 P.S. § 201-2(4)(xxi).

76.    Verizon violated—and continues to violate—Pennsylvania law by deceptively requiring Plaintiff and the class to lease a set-top box from Verizon for every television to be connected to the FiOS broadband network.  In reality, there are numerous legitimate alternatives that permit customers to fully access and enjoy FiOS on multiple televisions without an equal number of Verizon's devices.

77.    Verizon's conduct, as described above, constitutes a continuing and ongoing violation of Pennsylvania law, as stated at Section 201-2(4)(xxi) of the UTPCPL, which necessitates judicial relief to remedy these improper practices.

78.    Pursuant to 42 Pa.C.S. § 7533 ("Construction of documents"), this Honorable Court can adjudicate this controversy based upon the following language:

> Any person interested under a deed, will, written contract, or other writings constituting a contract, or whose rights, status, or other legal relations are affected by a statute, municipal ordinance, contract, or franchise, may have determined any question of construction or validity arising under the instrument, statute, ordinance, contract, or franchise, and obtain a declaration of rights, status, or other legal relations thereunder.

79.    Plaintiff and the class are interested, affected, and contemplated by the UTPCPL, as they are the persons who have purchased Verizon's goods or services through trade or commerce. *See, e.g.,* 73 P.S. § 201-2.  As a result, Plaintiff and the class are invested and affected by Verizon's flagrant violations of the UTPCPL. Moreover, Verizon's deceptive sales practices have created the significant likelihood of confusion and misunderstanding on the part of consumers in the Commonwealth.

27

Case ID: 160903521

80.    Plaintiff and the class, therefore, seek a declaration that Verizon has violated—and continues to violate—Pennsylvania law, including, but not limited to, the UTPCPL by engaging in the following conduct:

a.  Deceptively and confusingly requiring Plaintiff and the Class to lease a separate set-top box for each television the customer wishes to connect to the FiOS network;

b.  Improperly assessing monthly fees for multiple set-top boxes without disclosing to Quantum customers, including Plaintiff and the members of the class, that there are numerous third-party alternatives available that allow customers to access FiOS services on multiple televisions without the use of multiple set-top boxes;

c.  Deceptively requiring its Quantum customers, including Plaintiff and the members of the class, to lease multiple set-top boxes by erroneously claiming that such equipment is required to view "all digital programming" on the multiple televisions;

d.  Deceptively and confusingly omitting facts which are material to the commercial relationship between Verizon and its Quantum customers, including Plaintiff and the other members of the class, to wit, the availability of third-party equipment alternatives, including:

    i.  Utilizing a "digital streaming device" that can connect to the Internet, primarily, and directly stream FiOS content through the application or by a similar means, without the use of Verizon's set-top box;

28

ii. Utilizing a "smart" television that can connect to the Internet, primarily, and directly stream FiOS content through the application or by a similar means, without the use of Verizon's set-top box; and

iii. Utilizing a "smart" digital device to stream FiOS content through the application or by a similar means, without the use of Verizon's set-top box, and then "projecting" that content onto a television through the use of standardized digital connectors.

81. Declaratory relief is appropriate because: (1) there is a real, actual, and substantial controversy in which claims have been asserted against Verizon, which has a vested interest in contesting those claims; (2) the instant controversy is between parties which are adverse and antagonistic; (3) Plaintiff and the class have a direct, substantial, and present interest in resolution of the instant controversy; and (4) the controversy is ripe for judicial determination and adjudication, and Plaintiff and the class seek a binding decree as the impropriety of Verizon's conduct.

WHEREFORE, Plaintiff and the class respectfully request that this Honorable Court enter judgment against Defendants on Count II and award the declaratory relief sought as well as any supplemental relief, including, but not limited to, injunctive relief, an accounting (pursuant to Pa. R. Civ. P. 1021), and any other appropriate relief under the circumstances to remedy Verizon's violations of the UTCPL, together with interest, costs of litigation, reasonable attorneys' fees, and any other relief that this Honorable Court may deem appropriate.

Respectfully submitted,

ANAPOL WEISS

*David S. Senoff*

SOL H. WEISS, ESQUIRE (NO. 15925)
DAVID S. SENOFF, ESQUIRE (NO. 65278)
CLAYTON P. FLAHERTY, ESQUIRE (NO. 319767)

ONE LOGAN SQUARE
130 N. 18TH STREET, SUITE 1600
PHILADELPHIA, PA 19103
PHONE: (215) 790-4550
FAX: (215) 875-7733
dsenoff@anapolweiss.com

*ATTORNEYS FOR PLAINTIFF AND THE CLASS*

DATE: September 28, 2016

30

## VERIFICATION

Christopher Kelly, Plaintiff in the within action, verifies that he is acquainted with the facts and information set forth in the foregoing Complaint, and that the same are true and correct to the best of his knowledge, information and belief. This Verification is made subject to the penalties of 18 Pa. C.S. §4904, relating to unsworn falsification to authorities.

_____
CHRISTOPHER KELLY

Date: September 26, 2016

Case ID: 160903521

Exhibit "A"

**CHRISTOPHER KELLY**

Account Number: 454-026-986-0001-78

## Account Summary

### Previous Period

| | | |
|---|---|---|
| Previous Balance | 135.62 | |
| Payment Received - Thank You | -135.62 | 8/7 |
| **Balance Forward** | **$.00** | |

### Current Charges

| | | |
|---|---|---|
| Fios TV, Internet & Phone Bundle | 89.99 | 8/19 - 9/18 |
| Additional Services & Equipment | 24.97 | 8/19 - 9/18 |
| Fees & Other Charges | 20.66 | |
| **Total Due by September 12** | **$135.62** | |

*To avoid a late payment charge, pay the total due by Sep 20, 2016. For TV, internet and wireless services, the late payment charge is $5 or 1.5% of your total due, whichever is greater. For all other services, the late payment charge is 1.25%.*

Case ID: 160903521

## Your Discounts

| | Price | Your Discounts | Amount You Pay | |
|---|---|---|---|---|
| **Bundle Discounts** | | | | TV discount extended to 8/18/17. Internet discount extended to 8/18/17. |
| Fios TV Preferred HD | 54.99 | -10.00 | 44.99 | |
| Fios Internet 25/25 | 40.00 | -25.00 | 15.00 | |
| Fios Digital Voice Unlimited | 30.00 | | 30.00 | |
| **Bundle Price** | $124.99 | -$35.00 | $89.99 | |
| **Additional Services & Equipment Discounts** | | | | TV discount extended to 8/18/17. |
| Fios Quantum TV - Enhanced Service | 22.00 | -22.00 | .00 | |
| **Subtotal** | | -$22.00 | | |
| **Discounts This Month** | | -$57.00 | | |

*Discounts have been applied to the Total Due shown under Account Summary.*

Case ID: 160903521

## Details of Current Charges

*Includes discounts shown under Your Discounts.*

### Fios TV, Internet & Phone Bundle

Your monthly price after the discounts shown under Your Discounts were applied.

Your bundle includes Fios TV Preferred HD, Fios Internet 25/25 and Fios Digital Voice Unlimited

| Bundle Price | $89.99 | 8/19 - 9/18 |
|---|---|---|

### Additional Services & Equipment

Equipment and additional services to personalize your Fios service.

**Equipment**

| (Rent): 2 TV Equipment Package | 19.98 | |
|---|---|---|
| (Rent): Wireless Router | 4.99 | |
| **Subtotal** | **$24.97** | 8/19 - 9/18 |

### Fees & Other Charges

Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.

**Taxes, Governmental Fees & Surcharges**

| PA State and Local Sales Tax | 4.98 | |
|---|---|---|
| Telecommunications Relay Service | .08 | |
| E911 | 1.65 | |

**Verizon Surcharges & Fees**

| Federal Universal Service Fee | 3.60 | |
|---|---|---|
| PA Gross Receipts Tax Surcharge | 1.81 | |
| Video Franchise Fee | 3.55 | |
| Regulatory Recovery Fee - Federal | .08 | |
| Franchise Related Costs | 1.50 | |
| Regional Sports Network Fee | 2.42 | J2477 |
| FDV Administrative Charge | .99 | J5162 |
| **Subtotal** | **$20.66** | |

| **Total Due** | **$135.62** | |
|---|---|---|

### Additional Tax Details

**Taxes, Fees and Other Charges**

**Voice**

| PA State Sales Tax | 2.18 |
|---|---|
| PA Local Sales Tax | .72 |
| Telecommunications Relay Service | .08 |
| PA 911 Fee | 1.65 |
| Federal Universal Service Fee | 3.60 |
| PA Gross Receipts Tax Surcharge | 1.81 |
| FDV Administrative Charge | .99 |

**TV**

| PA State Sales Tax | 1.26 |
|---|---|
| PA Local Sales Tax | .42 |

Case ID: 160903521

| | |
|---|---:|
| Video Franchise Fee | 2.50 |
| Video Franchise Fee | 1.05 |
| Regulatory Recovery Fee - Federal | .08 |
| Franchise Related Costs | 1.50 |
| Regional Sports Network Fee | 2.42 |
| Internet | |
| PA State Sales Tax | .30 |
| PA Local Sales Tax | .10 |
| **Total Taxes, Fees and Other Charges** | **$20.66** |

Case ID: 160903521

## ACCOUNT INFORMATION

### FREQUENTLY ASKED QUESTIONS

**How can I make a payment arrangement?**
Please visit us at verizon.com/billpay and select 'Payment Arrangement' under 'Payment Actions'.

**Where do I find Fios Digital Voice options on my Fios TV?**
- From the Fios TV Main Menu, click on "Fios Digital Voice" and "OK"
  - View your call logs and listen to voice mail messages
  - Enable features like Caller ID on TV, Simultaneous Ring, Call Forwarding, Incoming Call Block, and Do Not Disturb
- Refer to your user guide for details at verizon.com/fiosvoice/userguide

**What are the Taxes, Surcharges, and Fees on my bill?**
Your bill includes federal, state and local taxes, governmental surcharges and fees as well as Verizon surcharges and fees. These charges vary depending on what products and services you have and in which state you use these products and services. For more information go to verizon.com/taxesandfees.

## IMPORTANT

**It's Easy to Pay Your Verizon Bill with Your Fios TV Remote Control**
You just need to be registered on MyVerizon.com and have a saved payment account.
Follow these easy steps:
- Set up a Parental/Purchase Control PIN by pressing Menu, Settings, System and Parental/Purchase Control
- Press Menu, Customer Support then My Account
- Select Bill and Payment then View my Bill and enter your Parental Control Pin
- Select OK from Account Summary, then OK again to Pay Your Bill
- Select Payment Account, Your Payment Account, then press OK to submit
A confirmation of your payment will display once the transaction is complete.

**Surcharges**
Surcharges include:
- a Federal Subscriber Line and Access Recovery Charge applicable to state-to-state and international services that helps pay for the costs of providing and maintaining the local phone network;
- a Federal Universal Service Charge applicable to state-to-state and international services to recover fees imposed on us by the government to support universal service;
- a Carrier Cost Recovery Charge applicable to long distance customers that helps defray our costs for terminating calls on other networks, fees paid to support government programs such as Telecommunications Relay Service and local number portability, and other Federal Communications Commission-assessed charges;
- a Long Distance Administrative Charge applicable to long distance customers to help defray account servicing costs for state-to-state and international calling;
- a Federal Regulatory Fee applicable to recover the annual per video subscriber fee payment made to the FCC; and,
- a FDV Administrative Charge applicable per Fios Digital Voice line to help defray account-servicing costs associated with providing voice services.

Please note that the surcharges are charges, not taxes. These charges, and what is included in these charges, are subject to change from time to time. For additional information regarding the charges on your Verizon bill, please visit verizon.com or call the number listed on your bill.

## Customer Notices

**Customer Proprietary Network Information (CPNI) Notice for Residential, Small and Medium Business Customers**
CPNI is information that relates to the type, quantity, destination, technical configuration, location, amount of use, and billing information of your telecommunications or interconnected VoIP services. This information is made available to us solely by virtue of our relationship with you. The protection of your information is important to us. Under federal law, you have a right, and we have a duty, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services such as video, wireless, Internet, and long distance. Visit verizon.com for a complete listing of our services and companies.

For residential, small and medium business customers, you may choose not to have your CPNI used for marketing purposes described above by calling us anytime at 1-866-483-9700. When you call, please have your bill and account number available. Your decision about use of your CPNI doesn't affect our provision of services to you nor eliminate all Verizon marketing contacts.

Unless you call us at the number above, Verizon may use your CPNI to market different types of services beginning 30 days after the first time we notify you of the CPNI policy described above. You may elect at any time to add or remove a restriction on the use of your CPNI. Your choice remains valid until you change your election by calling the number above.

**Electronic Fund Transfer (EFT)**

Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1-888-500-5358.

### Service Providers
Verizon PA provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

### Local Franchise Authority - Fios TV
City of Phila City Hall, 1400 JFK Blvd, Div of Tech, Cable TV Unit, Rm 702, Phila, PA 19107, 215 686-2934, Your FCC Community ID is: PA3925

## Services

### Questions
- Visit verizon.com/support
- 1.800.Verizon
- Customers with disabilities, call 1.800.974.6006 (voice or tty)

### More Ways to Pay
- Set up auto pay: verizon.com/autopay
- Pay in person: verizon.com/paymentlocations
- Pay by phone (fee applies): 1.800.837.4966

### Correspondence
Go to verizon.com/contactus or mail to PO Box 4846 Trenton, NJ 08650-4846.

### Closed Captioning Questions and Concerns?
If you have a concern or complaint with closed captioning on a program, please call Verizon at 1.800.VERIZON. Written correspondence can be sent by fax to 1.888.806.7026, by email to videoclosedcaption@verizon.com, or by mail to Verizon, PO Box 4849, Trenton, NJ 08650 Attn: Elaine Bucci, Sr. Mgr.

### Bankruptcy Information
If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

## OFFERS & BENEFITS

### New movies
Rent or buy new releases instantly. Access them On Demand on Fios TV & on-the-go on the Fios Mobile app.

CHRISTOPHER KELLY
Primary Phone:       215-849-2730
Account Number:    454-026-986-0001-78
Bill Date:   September 18, 2016

 **Ways to Pay**
- Via the My Fios app
- Online at verizon.com/PayOnline

## Account Summary

| Previous Period | | |
|---|---|---|
| Previous Balance | 135.62 | |
| Payment Received - Thank You | -135.62 | 9/6 |
| Balance Forward | $.00 | |
| **Charges** | | |
| Fios Internet, TV & Phone Bundle | 79.99 | 9/19 - 10/18 |
| Additional Services & Equipment | 44.99 | 9/19 - 10/18 |
| Requested Change in Service | -.82 | |
| Fees & Other Charges | 19.65 | |
| **Total Due by October 13** | **$143.81** | |

To avoid a late payment charge, pay the total due by Oct 21, 2016. For TV, internet and wireless services, the late payment charge is $5 or 1.5% of your total due, whichever is greater. For all other services, the late payment charge is 1.25%.

 **What changed?**

- Discounts were added to your account this month. See Your Discounts on page 2.
- Your recent changes are detailed on page 3 in Requested Change in Service.

 **Offers & benefits**

**Entertainment offer**

New this month - The Revenant on HBO®; Star Wars: The Force Awakens on Starz® & A Season With Florida State Football on Showtime®. Get one for $15/mo, two for $25/mo or all 3 for $30/mo. Order on channel 860. Availability varies and restrictions apply.

**Entertainment offer**

There is always something great on TV with SHOWTIME®. Add SHOWTIME for only $10/mo. Enjoy hit series like Masters of Sex and A Season With Florida State Football. Tune to channel 860 to order. Availability varies and restrictions apply.

---

Send this stub with your payment

Account Number: 454-026-986-0001-78
Total Due: $143.81                    091816
Make check payable to Verizon

$ _____

CHRISTOPHER KELLY
620 GORGAS LN
PHILA PA 19128- 2448

VERIZON
PO BOX 15124
ALBANY NY 12212-5124

V5 45402698600178 0000000000 000000143818

Case ID: 160903521

CHRISTOPHER KELLY
Primary Phone:      215-849-2730
Account Number:    454-026-986-0001-78
Bill Date:  September 18, 2016

**New movies**

Rent or buy new releases instantly.
Access them On Demand on Fios TV &
on-the-go on the Fios Mobile app.

## Your Discounts

| | Price | Your Discounts | Amount You Pay | |
|---|---|---|---|---|
| **Bundle Discounts** | | | | $35 Internet discount includes $20 discount expiring 9/10/18 and $15 discount expiring 9/10/19. TV discount expires 9/10/19. |
| Fios Internet 50/50 | 50.00 | -35.00 | 15.00 | |
| Fios TV Preferred HD | 64.99 | -30.00 | 34.99 | |
| Fios Digital Voice Unlimited | 30.00 | | 30.00 | |
| Bundle Price | $144.99 | -$65.00 | $79.99 | |
| **Additional Services & Equipment Discounts** | | | | |
| (Rent): HD Set-Top Box | 12.00 | -2.00 | 10.00 | TV Discount |
| Subtotal | | -$2.00 | | |
| **One Time Discounts** | | | | |
| Fios Setup | 80.00 | -80.00 | .00 | Fee Waived |
| Subtotal | | -$80.00 | | |

**Discounts This Month          -$147.00**

Discounts have been applied to the Total Due shown on page 1.

## Fios Fast Facts

### Fios On Demand

With thousands of Video On Demand
titles, you can watch the movies and
shows you want, whenever you want.
Many are free. Press the On Demand
button on your remote to browse
available titles.



**Speed Optimizer**

For fast Wi-Fi speeds, Fios Internet
provides the Fios Speed Optimizer tool.
The more gadgets you have, the more
speed you need, so maximize your
entertainment with Fios at
verizon.com/speedoptimizer.

### Frequently Asked Questions

**What is a "Requested Change in Service"?**
This is the amount of charges or credits as a result of adding, removing or
changing your services prior to your bill date. Monthly charges for the first full
30 day period are shown separately.

**Why is my bill amount different than the amount I was quoted?**
Your bill amount may vary from the amount you were quoted due to a
Requested Change in Service, Taxes, Fees and Surcharges and One-Time
Charges.

**Where do I find the discounts I was
promised at installation?**
You can see your discounts on page 2 of
the bill under the section 'Your Discounts'.
You can also visit verizon.com/billview.

Case ID: 160903521

CHRISTOPHER KELLY
Primary Phone:      215-849-2730
Account Number:    454-026-986-0001-78
Bill Date:  September 18, 2016

 **Ways to Pay**
• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Charges
Includes discounts shown on page 2.

| Fios Internet, TV & Phone Bundle | | |
|---|---|---|

Your monthly price after the discounts shown on page 2 were applied.

Your bundle includes Fios Internet 50/50, Fios TV Preferred HD and Fios Digital Voice Unlimited

| Bundle Price - 30 days | $79.99 | 9/19 - 10/18 |
|---|---|---|

| Additional Services & Equipment | | |
|---|---|---|

Equipment and additional services to personalize your Fios service.

Equipment

| (Rent): Wireless Router | 4.99 | |
|---|---|---|
| Fios Equipment Package | 30.00 | |
| Fios Quantum TV Enhanced Service $18, (Rent): 1 HD Set-Top Box $12 | | |
| (Rent): HD Set-Top Box | 10.00 | |
| Subtotal - 30 days | $44.99 | 9/19 - 10/18 |

| Requested Change in Service | | |
|---|---|---|

Partial month charge or refund for services added or removed prior to the bill date.

Cancelled Services

| Bundle Price (89.99 per month) removed 9/9 | | |
|---|---|---|
| (Internet -$5, TV $15, Phone -$10) | -30.00 | 9/9 - 9/18 |
| (Rent): Wireless Router removed 9/9 | | |
| (4.99 per month for 10 day refund) | -1.66 | 9/9 - 9/18 |
| (Rent): 2 TV Equipment Package removed 9/9 | | |
| (19.98 per month for 10 day refund) | -6.66 | 9/9 - 9/18 |

Added Services

| Bundle Price (79.99 per month) added 9/10 | | |
|---|---|---|
| (Internet $4.50, TV $10.50, Phone $9) | 24.00 | 9/10 - 9/18 |
| (Rent): Wireless Router added 9/10 | | |
| (4.99 per month for 9 days) | 1.50 | 9/10 - 9/18 |
| (Rent): 1 HD Set-Top Box added 9/10 | | |
| (12.00 per month for 9 days) | 3.60 | 9/10 - 9/18 |
| Fios Quantum TV Enhanced Service added 9/10 | | |
| (18.00 per month for 9 days) | 5.40 | 9/10 - 9/18 |
| (Rent): HD Set-Top Box added 9/10 | | |
| (10.00 per month for 9 days) | 3.00 | 9/10 - 9/18 |
| Subtotal | -$.82 | |

| Fees & Other Charges | | |
|---|---|---|

Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.

Taxes, Governmental Fees & Surcharges

| PA State and Local Sales Tax | 7.01 |
|---|---|
| E911 | 1.65 |
| Telecommunications Relay Service | .08 |

Verizon Surcharges & Fees

| Federal Universal Service Fee | 3.48 |
|---|---|
| PA Gross Receipts Tax Surcharge | 1.75 |
| Video Franchise Fee | 3.95 |
| Franchise Related Costs | 1.50 |
| Regulatory Recovery Fee - Federal | .08 |

Case ID: 160903521

CHRISTOPHER KELLY
Primary Phone:     215-849-2730
Account Number:   454-026-986-0001-78
Bill Date:  September 18, 2016

| Fees & Other Charges - continued | |
|---|---|
| Regional Sports Network Fee | -.81 |
| FDV Administrative Charge | .96 |
| Subtotal | $19.65 |
| **Total Due** | **$143.81** |

CHRISTOPHER KELLY
Primary Phone:      215-849-2730
Account Number:   454-026-986-0001-78
Bill Date:   September 18, 2016

 **Ways to Pay**
• Via the My Fios app
• Online at verizon.com/PayOnline

 Important

**It's Easy to Pay Your Verizon Bill with Your Fios TV Remote Control**
You just need to be registered on MyVerizon.com and have a saved payment account.
Follow these easy steps:
- Set up a Parental/Purchase Control PIN by pressing Menu, Settings, System and Parental/Purchase Control
- Press Menu, Customer Support then My Account
- Select Bill and Payment then View my Bill and enter your Parental Control Pin
- Select OK from Account Summary, then OK again to Pay Your Bill
- Select Payment Account, Your Payment Account, then press OK to submit

A confirmation of your payment will display once the transaction is complete.

## Customer Notices

**Customer Proprietary Network Information (CPNI) Notice for Residential, Small and Medium Business Customers**
CPNI is information that relates to the type, quantity, destination, technical configuration, location, amount of use, and billing information of your telecommunications or interconnected VoIP services. This information is made available to us solely by virtue of our relationship with you. The protection of your information is important to us. Under federal law, you have a right, and we have a duty, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services such as video, wireless, internet, and long distance. Visit verizon.com for a complete listing of our services and companies.

For residential, small and medium business customers, you may choose not to have your CPNI used for marketing purposes described above by calling us anytime at 1.866.483.9700. When you call, please have your bill and account number available. Your decision about use of your CPNI doesn't affect our provision of services to you nor eliminate all Verizon marketing contacts.

Unless you call us at the number above, Verizon may use your CPNI to market different types of services beginning 30 days after the first time we notify you of the CPNI policy described above. You may elect at any time to add or remove a restriction on the use of your CPNI. Your choice remains valid until you change your election by calling the number above.

**Electronic Fund Transfer (EFT)**
Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1.888.500.5358.

**Service Providers**
Verizon PA provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable

billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

**Local Franchise Authority - Fios TV**
City of Phila City Hall, 1400 JFK Blvd, Div of Tech, Cable TV Unit, Rm 702, Phila, PA 19107, 215 686-2934, Your FCC Community ID is: PA3925

## Services

**Questions**
- Visit verizon.com/support
- 1.800.Verizon
- Customers with disabilities, call 1.800.974.6006 (voice or tty)

**More Ways to Pay**
- Set up auto pay: verizon.com/autopay
- Pay in person: verizon.com/paymentlocations
- Pay by phone (fee applies): 1.800.837.4966

**Closed Captioning Questions and Concerns?**
If you have a concern or complaint with closed captioning on a program, please call Verizon at 1.800.VERIZON. Written correspondence can be sent by fax to 1.888.806.7026, by email to videoclosedcaption@verizon.com, or by mail to Verizon, PO Box 4849, Trenton, NJ 08650 Attn: Elaine Bucci, Sr. Mgr.

**Bankruptcy Information**
If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

Case ID: 160903521

Exhibit "B"

Case ID: 160903521

| Account Number | Amount Due |
|---|---|
| 454- 026- 986- 0001- 78 | $175.38 |

Visit verizon.com/myverizon
Shop * Bill Pay * Autopay
Account Changes * Repair
On Demand/Pay Per View  Details
Go green today - Go Paper Free

## Account Information
Statement Date:  8/18/14
CHRISTOPHER KELLY
Phone:  215-849-2730

## Account Summary

| Previous Balance | $.00 |
|---|---|
| No Payment Received | $.00 |
| Balance Forward | $.00 |

| New Charges | |
|---|---|
| Current Activity | $175.63 |
| Specials and Promotions | - $22.00 |
| Taxes, Governmental Surcharges and Fees | $6.69 |
| Verizon Surcharges and Other Charges & Credits | $15.06 |
| Total New Charges Due by September 12, 2014 | $175.38 |
| **Total Amount Due** | **$175.38** |

### Verizon News

#### Enjoy Your Triple Play!
We are happy to have you as a FIOS Triple Play customer and appreciate your business.

#### New Promotions
This month your discounts will begin on the following items:
Triple Exclusive 24 Mo. Credit
Bundle 24 Mo. Credit
FIOS TV Record & Store Service Credit
FIOS Internet Installation Credit

#### Get More, Save More
Call 1- 888- 319- 7266 to ensure you're getting the best Verizon services at a great value- from Phone, Internet and TV to money- saving bundles, international plans and fun add- ons. Together we'll find ways to save you even more.

### Questions about your bill or service?
View your bills in detail at verizon.com or call 1- 800- VERIZON (1- 800- 837- 4966). When asked for your account number, please enter 454- 026- 986- 0001- 78. Customers with disabilities call 1- 800- 974- 6006 TTY.

---

Please return remit slip with payment.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Account Number:          454- 026- 986- 0001- 78

Amount Due:  $175.38          081814

Make check payable to Verizon

$ [ ] [ ] [ ] . [ ] [ ]

00001806 01 AT  0.403  KB081811 0006 XX
CHRISTOPHER KELLY
221 W DUVAL ST
PHILA PA 19144- 2507

VERIZON
PO BOX 920041
DALLAS TX 75392-0041

V5 454026986000178 00000000000 000000175380

| Phone Number | Account Number | Page |
|---|---|---|
| 215-849-2730 | 454-026-986-0001-78 | 2 of 4 |

## Current Activity

### Monthly Charges

| | | | | |
|---|---|---|---|---:|
| 8/19 | 9/18 | Triple Play Bundle Includes: | | |
| | | • FIOS Digital Voice Unlimited | 30.00 | |
| | | • FIOS TV Preferred HD | 54.99 | |
| | | • FIOS Internet 25/25 | 40.00 | |
| | | • Triple Exclusive 24 Mo. Credit thru Aug 14, 2016 ($10.00 off TV) | - 10.00 | |
| | | • Bundle 24 Mo. Credit thru Aug 14, 2016 ($25.00 off Internet) | - 25.00 | |
| | | Triple Play Bundle Price | | 89.99 |
| 8/19 | 9/18 | (Rent): 2 TV Equipment Package | | 19.98 |
| 8/19 | 9/18 | FiOS Quantum TV - Enhanced Service | | 22.00 |
| 8/19 | 9/18 | (Rent): Wireless Router | | 4.99 |
| **Monthly Charges Subtotal** | | | | **$136.96** |

### Partial Month Charges

| | | | |
|---|---|---|---:|
| 8/15 | 8/18 | FIOS Digital Voice Unlimited (added) | 4.00 |
| 8/15 | 8/18 | FIOS TV Preferred HD (added) | 7.34 |
| 8/15 | 8/18 | (Rent): 2 TV Equipment Package (added) | 2.66 |
| 8/15 | 8/18 | FIOS Quantum TV - Enhanced Service (added) | 2.93 |
| 8/15 | 8/18 | Triple Exclusive 24 Mo. Credit (added) ($1.33 off TV) | - 1.33 |
| 8/15 | 8/18 | FIOS TV Record & Store Service Credit (added) ($2.93 off TV) | - 2.93 |
| 8/15 | 8/18 | FIOS Internet 25/25 (added) | 5.33 |
| 8/15 | 8/18 | (Rent): Wireless Router (added) | .67 |
| 8/15 | 8/18 | Bundle 24 Mo. Credit (added) ($3.33 off Internet) | - 3.33 |

| | | | |
|---|---|---|---:|
| 8/15 | | FIOS Internet Activation Fee @ 69.99 Payment 1 of 3 | 23.33 |
| **Partial Month Charges Subtotal** | | | **$38.67** |

| | |
|---|---:|
| **Current Activity Total** | **$175.63** |

## Specials and Promotions

| | | | |
|---|---|---|---:|
| 8/19 | 9/18 | FIOS TV Record & Store Service Credit thru Aug 14, 2016 ($22.00 off TV) | - 22.00 |
| 8/15 | | FIOS Internet Installation Charge @ 79.99 Fee Waived ($79.99 off Internet) | .00 |
| **Specials and Promotions Total** | | | **- $22.00** |

## Taxes, Governmental Surcharges and Fees

| | |
|---|---:|
| PA State and Local Sales Tax | 5.61 |
| Telecommunications Relay Service | .08 |
| E911 | 1.00 |
| **Total Taxes, Governmental Surcharges and Fees** | **$6.69** |

## Verizon Surcharges and Other Charges & Credits

| | |
|---|---:|
| Federal Universal Service Fee | 3.58 |
| PA Gross Receipts Tax Surcharge | 2.02 |
| Video Franchise Fee | 4.02 |
| Regulatory Recovery Fee - Federal | .08 |
| Franchise Related Costs | 1.50 |
| Regional Sports Network Fee | 2.74 |
| FDV Administrative Charge | 1.12 |
| **Total Verizon Surcharges and Other Charges & Credits** | **$15.06** |

### Legal Notices

**Payment by Check**
Paying by check authorizes check processing or use of the check information for a one-time electronic fund transfer from your account. For all payments using bank account information, we may retain the information to send you electronic refunds or enable your future electronic payments to us (to opt out, call 1-888-500-5358).

**Late Payment Charges**
To avoid a late payment charge of 1.5% or $5.00, whichever is greater, on unpaid balances over $20 payment must be received before Sep 20, 2014.

**Correspondence**
Go to verizon.com/contactus or mail to PO Box 33078, St. Petersburg, FL 33733

**Closed Captioning Questions and Concerns?**
If you have a concern or complaint with closed captioning on a program, please call Verizon at 1-800-VERIZON. Written correspondence can be sent by fax to 1-888-868-7026, by email to videoclosedcaption@verizon.com, or by mail to Verizon, PO Box 33052, St. Petersburg, FL 33701 Attn: Cynthia Morales, Manager.

**Service Providers**
Verizon PA provides regional, local calling and related features, other voice services, and FIOS TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides internet service, HMC service and FIOS TV equipment. FIOS is a registered mark of Verizon Trademark Services LLC.

**Bankruptcy Information**
If you are or were in bankruptcy, this statement may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**Local Franchise Authority - FIOS TV**
City of Phila City Hall, 1400 JFK Blvd, Div of Tech, Cable TV Unit, Rm 702, Phila, PA 19107, 215 686-2934, Your FCC Community ID is: PA3925

KB081811 001806 0002                    RM

Case ID: 160903521

| Phone Number | Account Number | | Page |
|---|---|---|---|
| 215- 849- 2730 | 454- 026- 986- 0001- 78 | | 3 of 4 |

Total New Charges                     $175.38

Case ID: 160903521

# Need- to- Know Information

**Customer Proprietary Network Information (CPNI) Notice**
CPNI is information that relates to the type, quantity, destination, technical configuration, location, amount of use, and billing information of your telecommunications or interconnected VoIP services. This information is made available to us solely by virtue of our relationship with you. The protection of your information is important to us. Under federal law, you have a right, and we have a duty, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services such as video, wireless, Internet, and long distance. Visit verizon.com for a complete listing of our services and companies.

You may choose not to have your CPNI used for the marketing purposes described above by calling us anytime at 1- 866- 483- 9700. When you call, please have your bill and account number available. Your decision about use of your CPNI doesn't affect our provision of services to you nor eliminate all Verizon marketing contacts.

Unless you call us at the number above, Verizon may use your CPNI to market different types of services beginning 30 days after the first time we notify you of the CPNI policy described above. You may elect at any time to add or remove a restriction on the use of your CPNI. Your choice remains valid until you change your election by calling the number above.

**We Value You**
Thank you for being a loyal Verizon customer! We sincerely appreciate your business and look forward to continually providing you with the very best in entertainment. Call us at 1- 888- 957- 8111 to learn about new ways you can enjoy your services and save with Verizon.

**FiOS TV Programming Change in Allegheny, Chester and Washington Counties**
This programming change applies only to customers in Allegheny, Chester and Washington Counties. On or after July 1, 2014, the content provider changed programming on Channel 466, from "WPGH Zuus Country" to "WPGH getTV", which features classic and award winning films.

**New Bill Payment Locations**
You may now visit any participating Verizon Wireless location to pay your FiOS/Home Phone bill utilizing the stores' bill payment kiosk. The kiosks accept cash, check, or credit card. To find a payment location near you, visit verizon.com/paymentlocations. Verizon Wireless locations do not currently handle FiOS equipment returns.

**FiOS TV Channel Repositioning**
On or after October 1, 2014, "TVBe" will move from channel 1798 to channel 1794 in the FiOS TV Channel Lineup.

**FiOS TV Programming Change in Pittsburgh**
This programming change applies only to customers in the Pittsburgh area.  On or after October 15, 2014, Channel 239 (SD), "Hallmark Movie Channel" will no longer be available to customers with the Extreme HD, Essentials and Premier packages.

| Account Number | Amount Due |
|---|---|
| 454- 026- 986- 0001- 78 | $157.80 |

## Account Information

Statement Date:  9/18/14
CHRISTOPHER KELLY
Phone:  215-849-2730

## Account Summary

| | |
|---|---|
| Previous Balance | $175.38 |
| Payment Sep 1 | - $175.38 |
| Balance Forward | $.00 |

### New Charges

| | |
|---|---|
| Current Activity | $160.29 |
| Specials and Promotions | - $22.00 |
| Taxes, Governmental Surcharges and Fees | $6.03 |
| Verizon Surcharges and Other Charges & Credits | $13.48 |
| Total New Charges Due by October 13, 2014 | $157.80 |
| **Total Amount Due** | **$157.80** |

Visit verizon.com/myverizon
Shop * Bill Pay * Autopay
Account Changes * Repair
On Demand/Pay Per View  Details
Go green today - Go Paper Free

### Verizon News

**Get More, Save More**
Call 1- 888- 652- 8111 to ensure you're getting the best Verizon services at a great value- from Phone, Internet and TV to money- saving bundles, international plans and fun add- ons. Together we'll find ways to save you even more.

**MOVING?**
Call Verizon before you move to set up your internet, TV and phone for your new home. Plus, ask about our great new money- saving bundles. Don't wait. Call ahead to 1- 866- 896- 6837, and be sure to ask if FIOS is available in your area! Service availability varies.

**Questions about your bill or service?**
View your bills in detail at verizon.com or call 1- 800- VERIZON (1- 800- 837- 4966).
When asked for your account number, please enter 454- 026- 986- 0001- 78.
Customers with disabilities call 1- 800- 974- 6006 TTY.

---

Please return remit slip with payment.

Account Number:          454- 026- 986- 0001- 78

Amount Due: $157.80          091814

Make check payable to Verizon

$ □□□ . □□

CHRISTOPHER KELLY
221 W DUVAL ST
PHILA PA 19144- 2507

VERIZON
PO BOX 920041
DALLAS TX 75392-0041

V5  454026986000178  0000000000  000000157800

Case ID: 160903521

| Phone Number | Account Number | Page |
|---|---|---|
| 215-849-2730 | 454-026-986-0001-78 | 2 of 3 |

## Current Activity

### Monthly Charges

| | | |
|---|---|---|
| 9/19  10/18 Triple Play Bundle Includes: | | |
| • FiOS Digital Voice Unlimited | 30.00 | |
| • FiOS TV Preferred HD | 54.99 | |
| • FiOS Internet 25/25 | 40.00 | |
| • Triple Exclusive 24 Mo. Credit thru Aug 14, 2016 ($10.00 off TV) | - 10.00 | |
| • Bundle 24 Mo. Credit thru Aug 14, 2016 ($25.00 off Internet) | - 25.00 | |
| Triple Play Bundle Price | 89.99 | |
| 9/19  10/18 (Rent): 2 TV Equipment Package | 19.98 | |
| 9/19  10/18 FiOS Quantum TV -  Enhanced Service | 22.00 | |
| 9/19  10/18 (Rent): Wireless Router | 4.99 | |
| Monthly Charges Subtotal | | $136.96 |

### Change in Service

| | | |
|---|---|---|
| 8/15 | FiOS Internet Activation Fee @ 69.99 Payment 2 of 3 | 23.33 |
| Change in Service Subtotal | | $23.33 |

| | |
|---|---|
| Current Activity Total | $160.29 |

## Specials and Promotions

| | | |
|---|---|---|
| 9/19  10/18 FiOS TV Record & Store Service Credit thru Aug 14, 2016 ($22.00 off TV) | - 22.00 | |
| Specials and Promotions Total | | - $22.00 |

## Taxes, Governmental Surcharges and Fees

| | |
|---|---|
| PA State and Local Sales Tax | 4.95 |
| Telecommunications Relay Service | .08 |
| E911 | 1.00 |
| Total Taxes, Governmental Surcharges and Fees | $6.03 |

## Verizon Surcharges and Other Charges & Credits

| | |
|---|---|
| Federal Universal Service Fee | 3.16 |
| PA Gross Receipts Tax Surcharge | 1.78 |
| Video Franchise Fee | 3.55 |
| Regulatory Recovery Fee -  Federal | .08 |
| Franchise Related Costs | 1.50 |
| Regional Sports Network Fee | 2.42 |
| FDV Administrative Charge | .99 |
| Total Verizon Surcharges and Other Charges & Credits | $13.48 |

| | |
|---|---|
| Total New Charges | $157.80 |

### Legal Notices

**Payment by Check**
Paying by check authorizes check processing or use of the check information for a one- time electronic fund transfer from your account. For all payments using bank account information, we may retain the information to send you electronic refunds or enable your future electronic payments to us (to opt out, call 1- 888- 500- 5358).

**Late Payment Charges**
To avoid a late payment charge of 1.5% or $5.00, whichever is greater, on unpaid balances over $20 payment must be received before Oct 21, 2014.

**Correspondence**
Go to verizon.com/contactus or mail to PO Box 33078, St. Petersburg, FL 33733

**Closed Captioning Questions and Concerns?**
If you have a concern or complaint with closed captioning on a program, please call Verizon at 1- 800- VERIZON. Written correspondence can be sent by fax to 1- 888- 806- 7026, by email to videoclosedcaption@verizon.com, or by mail to Verizon, PO Box 33052, St. Petersburg, FL 33701 Attn: Cynthia Morales, Manager.

**Service Providers**
Verizon PA provides regional, local calling and related features, other voice services, and FiOS TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides internet service, HMC service and FiOS TV equipment. FiOS is a registered mark of Verizon Trademark Services LLC.

**Bankruptcy Information**
If you are or were in bankruptcy, this statement may include amounts for pre- bankruptcy service. You should not pay pre- bankruptcy amounts; they are for your information only. Mail bankruptcy- related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**Local Franchise Authority -  FiOS TV**
City of Phila City Hall, 1400 JFK Blvd, Div of Tech, Cable TV Unit, Rm 702, Phila, PA 19107, 215 686- 2934, Your FCC Community ID is: PA3925

Case ID: 160903521

# Need- to- Know Information

**Customer Proprietary Network Information (CPNI) Notice**

CPNI is information that relates to the type, quantity, destination, technical configuration, location, amount of use, and billing information of your telecommunications or interconnected VoIP services. This information is made available to us solely by virtue of our relationship with you. The protection of your information is important to us. Under federal law, you have a right, and we have a duty, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services such as video, wireless, Internet, and long distance. Visit verizon.com for a complete listing of our services and companies.

You may choose not to have your CPNI used for the marketing purposes described above by calling us anytime at 1- 866- 483- 9700. When you call, please have your bill and account number available. Your decision about use of your CPNI doesn't affect our provision of services to you nor eliminate all Verizon marketing contacts.

Unless you call us at the number above, Verizon may use your CPNI to market different types of services beginning 30 days after the first time we notify you of the CPNI policy described above. You may elect at any time to add or remove a restriction on the use of your CPNI. Your choice remains valid until you change your election by calling the number above.

**New Bill Payment Locations**

You may now visit any participating Verizon Wireless location to pay your FiOS/Home Phone bill utilizing the stores' bill payment kiosk. The kiosks accept cash, check, or credit card. To find a payment location near you, visit verizon.com/paymentlocations. Verizon Wireless locations do not currently handle FiOS equipment returns.

**We Value You**

Thank you for being a loyal Verizon customer! We sincerely appreciate your business and look forward to continually providing you with the very best in entertainment. Call us at 1- 888- 893- 8090 to learn about new ways you can enjoy your services and save with Verizon.

**FiOS TV Programming Change in NY, NJ, PA**

On or after July 15, 2014, the content provider changed programming on Channel 477 from "WDVB Zuus Latino" to "WDVB Soul of the South", a new television network featuring a mix of African American programming including news, dramas, comedies, feature films, court shows, music, documentaries, and talk shows.

**FiOS TV Programming Change**

On or after November 17, 2014, "CBS Sports Network" SD (channel 94) and HD (channel 594) will no longer be available to Sports Package and Sports Pass subscribers.  The channels will continue to be available to subscribers to the Ultimate HD and Extreme HD packages.

| Account Number | Amount Due |
|---|---|
| 454- 026- 986- 0001- 78 | $157.90 |

## Account Information

Statement Date: 10/18/14
CHRISTOPHER KELLY
Phone: 215-849-2730

## Account Summary

| | |
|---|---|
| Previous Balance | $157.80 |
| Payment Oct 13 | - $157.80 |
| Balance Forward | $.00 |

| New Charges | |
|---|---|
| Current Activity | $160.29 |
| Specials and Promotions | - $22.00 |
| Taxes, Governmental Surcharges and Fees | $6.04 |
| Verizon Surcharges and Other Charges & Credits | $13.57 |
| Total New Charges Due by November 12, 2014 | $157.90 |

| Total Amount Due | $157.90 |
|---|---|

Visit verizon.com/myverizon
Shop * Bill Pay * Autopay
Account Charges * Repair
On Demand/Pay Per View. Details
Go green today - Go Paper Free

### Verizon News

### Get More, Save More
Call 1- 888- 747- 5764 to ensure you're getting the best Verizon services at a great value- from Phone, Internet and TV to money- saving bundles, international plans and fun add- ons. Together we'll find ways to save you even more.

### MOVING?
Call Verizon before you move to set up your Internet, TV and phone for your new home. Plus, ask about our great new money- saving bundles. Don't wait. Call ahead to 1- 866- 896- 6837, and be sure to ask if FIOS is available in your area! Service availability varies.

### Questions about your bill or service?
View your bills in detail at verizon.com or call 1- 800- VERIZON (1- 800- 837- 4966). When asked for your account number, please enter 454- 026- 986- 0001- 78. Customers with disabilities call 1- 800- 974- 6006 TTY.

---

Please return remit slip with payment.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Account Number:     454- 026- 986- 0001- 78

Amount Due:  $157.90     101814

Make check payable to Verizon

$ [   ] [   ] [   ] . [   ] [   ]

CHRISTOPHER KELLY
221 W DUVAL ST
PHILA PA 19144- 2507

VERIZON
PO BOX 920041
DALLAS TX 75392-0041

V5 454026986000178 0000000000 000000157909

Case ID: 160903521

| Phone Number | Account Number | Page |
|---|---|---|
| 215- 849- 2730 | 454- 026- 986- 0001- 78 | 2 of 3 |

## Current Activity

### Monthly Charges

10/19 11/18 Triple Play Bundle Includes:

| | | |
|---|---|---|
| • FiOS Digital Voice Unlimited | 30.00 | |
| • FiOS TV Preferred HD | 54.99 | |
| • FiOS Internet 25/25 | 40.00 | |
| • Triple Exclusive 24 Mo. Credit thru Aug 14, 2016 ($10.00 off TV) | - 10.00 | |
| • Bundle 24 Mo. Credit thru Aug 14, 2016 ($25.00 off Internet) | - 25.00 | |
| Triple Play Bundle Price | | 89.99 |
| 10/19 11/18 (Rent): 2 TV Equipment Package | | 19.98 |
| 10/19 11/18 FiOS Quantum TV -  Enhanced Service | | 22.00 |
| 10/19 11/18 (Rent):  Wireless Router | | 4.99 |
| Monthly Charges Subtotal | | $136.96 |

### Change in Service

| | | |
|---|---|---|
| 8/15 | FiOS Internet Activation Fee @ 69.99 Payment 3 of 3 | 23.33 |
| Change in Service Subtotal | | $23.33 |

| | |
|---|---|
| **Current Activity Total** | **$160.29** |

### Specials and Promotions

| | | |
|---|---|---|
| 10/19 11/18 FiOS TV Record & Store Service Credit thru Aug 14, 2016 ($22.00 off TV) | - 22.00 | |
| **Specials and Promotions Total** | | **- $22.00** |

## Taxes, Governmental Surcharges and Fees

| | |
|---|---|
| PA State and Local Sales Tax | 4.96 |
| Telecommunications Relay Service | .08 |
| E911 | 1.00 |
| **Total Taxes, Governmental Surcharges and Fees** | **$6.04** |

## Verizon Surcharges and Other Charges & Credits

| | |
|---|---|
| Federal Universal Service Fee | 3.24 |
| PA Gross Receipts Tax Surcharge | 1.79 |
| Video Franchise Fee | 3.55 |
| Regulatory Recovery Fee -  Federal | .08 |
| Franchise Related Costs | 1.50 |
| Regional Sports Network Fee | 2.42 |
| FDV Administrative Charge | .99 |
| **Total Verizon Surcharges and Other Charges & Credits** | **$13.57** |

| | |
|---|---|
| **Total New Charges** | **$157.90** |

---

### Legal Notices

**Payment by Check**
Paying by check authorizes check processing or use of the check information for a one- time electronic fund transfer from your account. For all payments using bank account information, we may retain the information to send you electronic refunds or enable your future electronic payments to us (to opt out, call 1- 888- 500- 5358).

**Late Payment Charges**
To avoid a late payment charge of 1.5% or $5.00, whichever is greater, on unpaid balances over $20 payment must be received before Nov 20, 2014.

**Correspondence**
Go to verizon.com/contactus or mail to PO Box 33078, St. Petersburg, FL 33733

**Closed Captioning Questions and Concerns?**
If you have a concern or complaint with closed captioning on a program, please call Verizon at 1- 800- VERIZON. Written correspondence can be sent by fax to 1- 888- 806- 7026, by email to videoclosedcaption@verizon.com, or by mail to Verizon, PO Box 33052, St. Petersburg, FL 33701 Attn: Cynthia Morales, Manager.

**Service Providers**
Verizon PA provides regional, local calling and related features, other voice services, and FiOS TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service, HMC service and FiOS TV equipment. FiOS is a registered mark of Verizon Trademark Services LLC.

**Bankruptcy Information**
If you are or were in bankruptcy, this statement may include amounts for pre- bankruptcy service. You should not pay pre- bankruptcy amounts; they are for your information only. Mail bankruptcy- related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**Local Franchise Authority -  FiOS TV**
City of Phila City Hall, 1400 JFK Blvd, Div of Tech, Cable TV Unit, Rm 702, Phila, PA 19107, 215 686- 2934, Your FCC Community ID is: PA3925

Case ID: 160903521

| Phone Number | Account Number | Page |
|---|---|---|
| 215- 849- 2730 | 454- 026- 986- 0001- 78 | 3 of 3 |

# Need- to- Know Information

## Customer Proprietary Network Information (CPNI) Notice for Residential, Small and Medium Business Customers

CPNI is information that relates to the type, quantity, destination, technical configuration, location, amount of use, and billing information of your telecommunications or interconnected VoIP services. This information is made available to us solely by virtue of our relationship with you. The protection of your information is important to us. Under federal law, you have a right, and we have a duty, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services such as video, wireless, Internet, and long distance. Visit verizon.com for a complete listing of our services and companies.

For residential, small and medium business customers, you may choose not to have your CPNI used for marketing purposes described above by calling us anytime at 1- 866- 483- 9700. When you call, please have your bill and account number available. Your decision about use of your CPNI doesn't affect our provision of services to you nor eliminate all Verizon marketing contacts.

Unless you call us at the number above, Verizon may use your CPNI to market different types of services beginning 30 days after the first time we notify you of the CPNI policy described above. You may elect at any time to add or remove a restriction on the use of your CPNI. Your choice remains valid until you change your election by calling the number above.

## Surcharges

Surcharges include:
- a Federal Subscriber Line and Access Recovery Charge applicable to state- to- state and international services that helps pay for the costs of providing and maintaining the local phone network;
- a Federal Universal Service Charge applicable to state- to- state and international services to recover fees imposed on us by the government to support universal service;
- a Carrier Cost Recovery Charge applicable to long distance customers that helps defray our costs for terminating calls on other networks, fees paid to support government programs such as Telecommunications Relay Service and local number portability, and other Federal Communications Commission- assessed charges;
- a Long Distance Administrative Charge applicable to long distance customers to help defray account servicing costs for state- to- state and international calling;
- a Federal Regulatory Fee applicable to recover the annual per video subscriber fee payment made to the FCC; and,
- a FDV Administrative Charge applicable per FiOS Digital Voice line to help defray account- servicing costs associated with providing voice services.

Please note that the surcharges are charges, not taxes. These charges, and what is included in these charges, are subject to change from time to time. For additional information regarding the charges on your Verizon bill, please visit verizon.com or call the number listed on your bill.

## 711 Relay Service Available in Pennsylvania

The Pennsylvania Telecommunications Relay Service (PA TRS) offers persons who are deaf, hard of hearing or speech disabled ways to communicate using the telephone. Both traditional relay and captioned- telephone voice- carry- over relay services are available. Users simply dial 7- 1- 1 to access PA TRS. The service is free and available 24 hours a day, every day of the year.

In addition, Pennsylvanians with disabilities may qualify for telecommunications devices to help them use telephone services through the Telecommunication Device Distribution Program (TDDP). This program is implemented by Pennsylvania's Initiative on Assistive Technology (PIAT), a program of the Institute on Disabilities at Temple University, in conjunction with the PA Office of Vocational Rehabilitation and the Pennsylvania Public Utility Commission (PUC). For more information on the TDDP, or to download an application, visit PIAT's website at disabilities.temple.edu/programs/assistive/tddp.

711 is not an emergency number. Always dial 911 for emergencies. To learn more about TRS and 711, visit the PA PUC's website: puc.pa.gov/utility_industry/telecommunications/telecommunications_r elay_service.aspx.

## FUSF Surcharge Changes October 1, 2014

Your Federal Universal Service Fund (FUSF) surcharge may change on October 1, 2014. Authorized and reviewed quarterly by the FCC, the FUSF funds programs to keep local telephone rates affordable for all customers and provides discounts to schools, libraries, rural health care providers, and low- income families.

## TO OUR CUSTOMERS WITH REACT ALARM TRANSPORT SERVICE:

VERIZON TO TERMINATE REMOTE EMERGENCY ALARM CONDITION TRANSPORT (REACT) ALARM TRANSPORT SERVICE

Effective February 15, 2015, pending approval where required from applicable state Public Service Commissions, Verizon will discontinue Remote Emergency Alarm Condition Transport (REACT) Alarm Transport Service for all customers. Additionally, we will be grandfathering REACT Alarm Transport Service from all Product Guides, effective December 15, 2014. As a result of this grandfathering action, Verizon will continue to provide service to existing customers with REACT, but will no longer accept new orders (including moves, adds, and changes) for the REACT service.

Unless your service is under a term agreement which has not yet expired, your REACT Alarm Transport Service Feature billed against your Centrex, and or Verizon Telephone Lines delivering the REACT service is subject to immediate termination following the February 15, 2015 discontinuance date. Additionally, any related Voice Grade Data Private Line circuit between an alarm company location and a Verizon central office used to connect to REACT Alarm Transport Service equipment, is also subject to termination.

Verizon plans to seek regulatory approval, where required, to discontinue these services on February 15, 2015. Once your contract term expires, and Verizon has received all necessary approvals, these services will be terminated with advance written notice. You may terminate these services at any time.

Customers with REACT Alarm Transport Service should contact their Alarm service provider for alternative solutions for alarm monitoring services. For more information regarding this action, please contact your Verizon Account Manager, or call Verizon Customer Care at the toll- free number reflected on this invoice.

Case ID: 160903521

CHRISTOPHER KELLY
Primary Phone:   215-849-2730
Account Number:   454-026-986-0001-78

**Get answers fast**
- Click to chat at verizon.com/liveagent
- Call 1.800.Verizon (1.800.837.4966)
- Customers with disabilities call 1.800.974.6006 (voice or TTY)

Bill Date:   December 18, 2015

## Account Summary

### Previous Period

| | | |
|---|---|---|
| Previous Balance | 135.34 | |
| Payment Received - Thank You | -135.34 | 12/4 |
| Balance Forward | $.00 | |

### Current Charges

| | | |
|---|---|---|
| Fios TV, Internet & Phone Bundle | 89.99 | 12/19 - 1/18 |
| Additional Services & Equipment | 24.97 | 12/19 - 1/18 |
| Fees & Other Charges | 20.38 | |

**Total Due by January 12        $135.34**

*To avoid a late payment charge, pay the total due by Jan 20, 2016. For TV, internet and wireless services, the late payment charge is $5 or 1.5% of your total due, whichever is greater. For all other services, the late payment charge is 1.25%.*

 **Take action**
- Your Fios TV Annual Notice is now available and can be found online at verizon.com/notice. If you prefer to receive this information by mail contact us at 1.800.VERIZON (1.800.837.4966).

**Offers & benefits**

Moving?

We'll help set you up with internet, TV and phone services in your new home. We have saving options just for you. Don't forget to ask about Fios in your area. Call us at 1.866.896.6837. Service availability varies.

Device protection

Crack your tablet screen? Drop your laptop? Crash your computer? No problem. Sign up for Verizon Device Protection Plan and we will repair or replace any covered device regardless of brand or age for just $9.99 a month (plus taxes). We've got you covered this holiday. Call 1.888.456.0039.

 **More ways to pay**

Never be late again! Auto Pay at verizon.com/autopay and you're always on time, or use:

- verizon.com/payonline to make a single online payment
- My Fios app
- 1.800.837.4966 to pay by phone
- verizon.com/paymentlocations to pay in person

---

*Send this stub with your payment*

Account Number: 454-026-986-0001-78

Total Due: **$135.34**                    121815

Make check payable to Verizon

$ _____

CHRISTOPHER KELLY
221 W DUVAL ST
PHILA PA 19144- 2507

VERIZON
PO BOX 920041
DALLAS TX 75392-0041

V5 454026986000178 0000000000 000000135343

Case ID: 160903521

CHRISTOPHER KELLY
Primary Phone:    215-849-2730
Account Number:   454-026-986-0001-78

**My Verizon**

Pay bills, upgrade or renew services,
get account support and check voice
mail at verizon.com/myverizon.

Bill Date:   December 18, 2015

## Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Bundle Discounts** | | | |
| Fios TV Preferred HD | 54.99 | -10.00 | 44.99 |
| Fios Internet 25/25 | 40.00 | -25.00 | 15.00 |
| Fios Digital Voice Unlimited | 30.00 | | 30.00 |
| Bundle Price | $124.99 | -$35.00 | $89.99 |
| **Additional Services & Equipment Discounts** | | | |
| Fios Quantum TV - Enhanced Service | 22.00 | -22.00 | .00 |
| Subtotal | | -$22.00 | |

TV discount expires 8/14/16.
Internet discount expires 8/14/16.

TV discount expires 8/14/16.

## Discounts This Month          -$57.00

*Discounts have been applied to the Total Due shown on page 1.*

## Fios Fast Facts
### Fios On Demand

With thousands of Video On Demand
titles, you can watch the movies and
shows you want, whenever you want.
Many are free. Press the On Demand
button on your remote to browse
available titles.



**International TV**

Ask about our many international TV
content packages-from Spanish
language, to Mandarin, Portuguese,
Korean and many others. Call us at
1.888.882.4375 and ask about service
availability.

---

 **Frequently Asked Questions**

**How can I review my bill in more detail?**
Review your bill at verizon.com/billview. Select 'View Details'.
**How do I sign up for paper free billing?**
You can enroll in paper free billing at verizon.com/paperfree.

**If a credit or adjustment is applied, where do I find this on my bill?**
Credits and Adjustments are located on
page 3 of your bill. It may take up to
two billing cycles for credits to be
applied to your account and appear on
your bill. You can also visit
verizon.com/billview. Simply click
Payment/Adjustment History on left
navigation.

Case ID: 160903521

CHRISTOPHER KELLY
Primary Phone:    215-849-2730
Account Number:  454-026-986-0001-78

Bill Date:  December 18, 2015

**Get answers fast**
- Click to chat at verizon.com/liveagent
- Call 1.800.Verizon (1.800.837.4966)
- Customers with disabilities call
  1.800.974.6006 (voice or TTY)

## Details of Current Charges
*Includes discounts shown on page 2.*

**Fios TV, Internet & Phone Bundle**

Your bundle includes Fios TV Preferred HD, Fios Internet 25/25 and
Fios Digital Voice Unlimited

| | | |
|---|---|---|
| Bundle Price | $89.99 | 12/19 - 1/18 |

Your monthly bundle price after the discounts shown on page 2 were applied.

**Additional Services & Equipment**

*Equipment*

| | | |
|---|---|---|
| (Rent): 2 TV Equipment Package | 19.98 | |
| (Rent): Wireless Router | 4.99 | |
| Subtotal | $24.97 | 12/19 - 1/18 |

Equipment and additional services to personalize your Fios service.

**Fees & Other Charges**

*Taxes, Governmental Fees & Surcharges*

| | |
|---|---|
| PA State and Local Sales Tax | 4.96 |
| Telecommunications Relay Service | .08 |
| E911 | 1.65 |

*Verizon Surcharges & Fees*

| | |
|---|---|
| Federal Universal Service Fee | 3.36 |
| PA Gross Receipts Tax Surcharge | 1.79 |
| Video Franchise Fee | 3.55 |
| Regulatory Recovery Fee - Federal | .08 |
| Franchise Related Costs | 1.50 |
| Regional Sports Network Fee | 2.42 |
| FDV Administrative Charge | .99 |
| Subtotal | $20.38 |

Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.

| | |
|---|---|
| **Total Due** | **$135.34** |

Case ID: 160903521

CHRISTOPHER KELLY
Primary Phone:   215-849-2730
Account Number:   454-026-986-0001-78

Bill Date:   December 18, 2015

 **Important**

**Terms of Service Update Effective 1/17/16**
The Verizon Internet, Fios TV, and Fios Digital Voice
Terms of Service will be updated effective January 17,
2016. Among other items, there is a change to the way
charges are billed upon termination of the service(s).
To view the Terms of Service, visit verizon.com/terms.

**Verizon Remittance Address Change Notification**
Please be advised that the payment address
reflected in the remittance section of your
bill will change.

Effective with January invoices, payments
should be mailed to the following address:

VERIZON
PO Box 15124, Albany NY 12212-5124

If you submit check payments via online banking,
please update your account with the new Verizon
payment address to ensure accurate delivery.

## Customer Notices

**Customer Proprietary Network Information (CPNI)
Notice for Residential, Small and Medium Business
Customers**
CPNI is information that relates to the type, quantity,
destination, technical configuration, location, amount of
use, and billing information of your telecommunications
or interconnected VoIP services. This information is
made available to us solely by virtue of our relationship
with you. The protection of your information is
important to us. Under federal law, you have a right,
and we have a duty, to protect the confidentiality of
your CPNI.

We may use and share your CPNI among our affiliates
and agents to offer you services that are different from
the services you currently purchase from us. Verizon
offers a full range of services such as video, wireless,
Internet, and long distance. Visit verizon.com for a
complete listing of our services and companies.

For residential, small and medium business customers,
you may choose not to have your CPNI used for
marketing purposes described above by calling us
anytime at 1-866-483-9700. When you call, please
have your bill and account number available. Your
decision about use of your CPNI doesn't affect our
provision of services to you nor eliminate all Verizon
marketing contacts.

Unless you call us at the number above, Verizon may
use your CPNI to market different types of services
beginning 30 days after the first time we notify you of
the CPNI policy described above. You may elect at any
time to add or remove a restriction on the use of your

CPNI. Your choice remains valid until you change your
election by calling the number above.

**Electronic Fund Transfer (EFT)**
Paying by check authorizes us to process your check
or use the check information for a one-time EFT from
your bank account. Verizon may retain this information
to send you electronic refunds or enable your future
electronic payments to us. If you do not want Verizon
to retain your bank information, call 1-888-500-5358.

**Service Providers**
Verizon PA provides regional, local calling and related
features, other voice services, and Fios TV service,
unless otherwise indicated. Verizon Long Distance
provides long distance calling and other services
identified by "VLD" in the applicable billed line item.
Verizon Online provides Internet service and Fios TV
equipment. Fios is a registered mark of Verizon
Trademark Services LLC.

**Local Franchise Authority - Fios TV**
City of Phila City Hall, 1400 JFK Blvd, Div of Tech,
Cable TV Unit, Rm 702, Phila, PA  19107, 215
686-2934, Your FCC Community ID is: PA3925

## Special Services

**Correspondence**
Go to verizon.com/contactus or mail to PO Box 5156,
Tampa FL 33675.

**Closed Captioning Questions and Concerns?**
If you have a concern or complaint with closed
captioning on a program, please call Verizon at
1.800.VERIZON. Written correspondence can be sent
by fax to 1.888.806.7026, by email to
videoclosedcaption@verizon.com, or by mail to
Verizon, PO Box 5166, Tampa, FL 33675 Attn: Carinne
Turney, Manager.

**Bankruptcy Information**
If you are or were in bankruptcy, this bill may include
amounts for pre-bankruptcy service. You should not
pay pre-bankruptcy amounts; they are for your
information only. Mail bankruptcy-related
correspondence to 500 Technology Drive, Suite 550,
Weldon Spring, MO 63304.

Case ID: 160903521

CHRISTOPHER KELLY
Primary Phone:    215-849-2730
Account Number:   454-026-986-0001-78

**Get answers fast**
- Click to chat at verizon.com/liveagent
- Call 1.800.Verizon (1.800.837.4966)
- Customers with disabilities call
  1.800.974.6006 (voice or TTY)

Bill Date:   January 18, 2016

## Account Summary

**Previous Period**

| | | |
|---|---|---|
| Previous Balance | 135.34 | |
| Payment Received - Thank You | -135.34 | 1/5 |
| Balance Forward | $.00 | |

**Current Charges**

| | | |
|---|---|---|
| Flos TV, Internet & Phone Bundle | 89.99 | 1/19 - 2/18 |
| Additional Services & Equipment | 24.97 | 1/19 - 2/18 |
| Fees & Other Charges | 20.73 | |

**Total Due by February 12**   **$135.69**

*To avoid a late payment charge, pay the total due by Feb 20, 2016. For TV, internet and wireless services, the late payment charge is $5 or 1.5% of your total due, whichever is greater. For all other services, the late payment charge is 1.25%.*

## Offers & benefits

**Moving?**

We'll help set you up with internet, TV and phone services in your new home. We have saving options just for you. Don't forget to ask about Flos in your area. Call us at 1.866.896.6837. Service availability varies.

**Device protection**

Crack your tablet screen? Drop your laptop? Crash your computer? No problem. Sign up for Verizon Device Protection Plan and we will repair or replace any covered device regardless of brand or age for just $9.99 a month (plus taxes). We've got you covered this holiday. Call 1.888.456.0080.

 **More ways to pay**

Never be late again! Auto Pay at verizon.com/autopay and you're always on time, or use:

- verizon.com/payonline to make a single online payment
- My Flos app
- 1.800.837.4966 to pay by phone
- verizon.com/paymentlocations to pay in person

------------------------------------------------------------

*Send this stub with your payment*

Account Number: 454-026-986-0001-78

Total Due: $135.69                    011816

Make check payable to Verizon

$ _____.___

CHRISTOPHER KELLY
221 W DUVAL ST
PHILA PA 19144- 2507

VERIZON
PO BOX 15124
ALBANY NY 12212-5124

V5 45402698600178 0000000000 000000135699

Case ID: 160903521

CHRISTOPHER KELLY
Primary Phone:    215-849-2730
Account Number:   454-026-986-0001-78

Bill Date:  January 18, 2016

**Get peace of mind**

Protect your new and old devices with
the Verizon Device Protection Plan.
Visit verizon.com/devicecoverage.

## Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Bundle Discounts** | | | |
| Fios TV Preferred HD | 54.99 | -10.00 | 44.99 |
| Fios Internet 25/25 | 40.00 | -25.00 | 15.00 |
| Fios Digital Voice Unlimited | 30.00 | | 30.00 |
| Bundle Price | $124.99 | -$35.00 | $89.99 |
| **Additional Services & Equipment Discounts** | | | |
| Fios Quantum TV - Enhanced Service | 22.00 | -22.00 | .00 |
| Subtotal | | -$22.00 | |

TV discount expires 8/14/16.
Internet discount expires 8/14/16.

TV discount expires 8/14/16.

## Discounts This Month        -$57.00

*Discounts have been applied to the Total Due shown on page 1.*

# Verizon Fast Facts

## Visual 411 App

Get local business listings,
coupons, reviews, maps, directions
and much, much more! Search by
category, business name, keyword
or coupon. Visit verizon.com/
visual411 for details.



**International TV**

Ask about our many International TV
content packages-from Spanish
language, to Mandarin, Portuguese,
Korean and many others. Call us at
1.888.992.8111 and ask about service
availability.

 **Frequently Asked Questions**

**Why does my bill fluctuate?**
Your bill amount fluctuates when you:

• Request a change to your service

• Purchase or rent movies

• Use directory assistance

• Make calls outside of your calling plan

• Receive a promotional credit

• Lose a promotional credit

• Receive a price change

**How can I request a duplicate bill?**
Duplicate bills can be downloaded and printed at verizon.com/billview.

**What is the balance that I currently owe?**
You can review your most current
balance information online at
verizon.com/billview or you can follow
the prompts at 1.800.VERIZON.

Case ID: 160903521

CHRISTOPHER KELLY
Primary Phone:    215-849-2730
Account Number:   454-026-986-0001-78

**Get answers fast**
- Click to chat at verizon.com/liveagent
- Call 1.800.Verizon (1.800.837.4966)
- Customers with disabilities call
  1.800.974.6006 (voice or TTY)

Bill Date:   January 18, 2016

## Details of Current Charges

*Includes discounts shown on page 2.*

### Fios TV, Internet & Phone Bundle

Your bundle includes Fios TV Preferred HD, Fios Internet 25/25 and Fios Digital Voice Unlimited

| | | |
|---|---|---|
| Bundle Price | $89.99 | 1/19 - 2/18 |

Your monthly bundle price after the discounts shown on page 2 were applied.

### Additional Services & Equipment

**Equipment**

| | | |
|---|---|---|
| (Rent): 2 TV Equipment Package | 19.98 | |
| (Rent): Wireless Router | 4.99 | |
| Subtotal | $24.97 | 1/19 - 2/18 |

Equipment and additional services to personalize your Fios service.

### Fees & Other Charges

**Taxes, Governmental Fees & Surcharges**

| | |
|---|---|
| PA State and Local Sales Tax | 4.99 |
| Telecommunications Relay Service | .08 |
| E911 | 1.65 |

**Verizon Surcharges & Fees**

| | |
|---|---|
| Federal Universal Service Fee | 3.66 |
| PA Gross Receipts Tax Surcharge | 1.81 |
| Video Franchise Fee | 3.55 |
| Regulatory Recovery Fee - Federal | .08 |
| Franchise Related Costs | 1.50 |
| Regional Sports Network Fee | 2.42 |
| FDV Administrative Charge | .99 |
| Subtotal | $20.73 |

Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.

| | |
|---|---|
| **Total Due** | **$135.69** |

Case ID: 160903521

CHRISTOPHER KELLY
Primary Phone:     215-849-2730
Account Number:    454-026-986-0001-78

Bill Date:   January 18, 2016

 **Important**

**Changes to Directory Listing Services**
On March 19, 2016, the monthly price is changing for the following service:
Non-Published Service from $4.75 to $4.90

Verizon values your business and offers many services that can enhance your Internet, TV and phone experience.

**Changes to Directory Assistance Service**
On March 19, 2016, the price for Directory Assistance is increasing from $2.49 to $2.75 per call.  Verizon values your business and offers many services that can enhance your Internet, TV and phone experience.

**Surcharges**
Surcharges include:
- a Federal Subscriber Line and Access Recovery Charge applicable to state-to-state and international services that helps pay for the costs of providing and maintaining the local phone network;
- a Federal Universal Service Charge applicable to state-to-state and international services to recover fees imposed on us by the government to support universal service;
- a Carrier Cost Recovery Charge applicable to long distance customers that helps defray our costs for terminating calls on other networks, fees paid to support government programs such as Telecommunications Relay Service and local number portability, and other Federal Communications Commission-assessed charges;
- a Long Distance Administrative Charge applicable to long distance customers to help defray account servicing costs for state-to-state and international calling;
- a Federal Regulatory Fee applicable to recover the annual per video subscriber fee payment made to the FCC; and,
- a FDV Administrative Charge applicable per Fios Digital Voice line to help defray account-servicing costs associated with providing voice services.

Please note that the surcharges are charges, not taxes. These charges, and what is included in these charges, are subject to change from time to time. For additional information regarding the charges on your Verizon bill, please visit verizon.com or call the number listed on your bill.

**FUSF Fee Changes January 1, 2016**
Your Federal Universal Service Fund (FUSF) fee may change on January 1, 2016. Authorized and reviewed quarterly by the FCC, the FUSF funds programs to keep local telephone rates affordable for all customers and provides discounts to schools, libraries, rural health care providers, and low-income families.

## Customer Notices

**Customer Proprietary Network Information (CPNI) Notice for Residential, Small and Medium Business Customers**
CPNI is information that relates to the type, quantity, destination, technical configuration, location, amount of use, and billing information of your telecommunications or interconnected VoIP services. This information is made available to us solely by virtue of our relationship with you. The protection of your information is important to us. Under federal law, you have a right, and we have a duty, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services such as video, wireless, Internet, and long distance. Visit verizon.com for a complete listing of our services and companies.

For residential, small and medium business customers, you may choose not to have your CPNI used for marketing purposes described above by calling us anytime at 1-866-483-9700. When you call, please have your bill and account number available. Your decision about use of your CPNI doesn't affect our provision of services to you nor eliminate all Verizon marketing contacts.

Unless you call us at the number above, Verizon may use your CPNI to market different types of services beginning 30 days after the first time we notify you of the CPNI policy described above. You may elect at any time to add or remove a restriction on the use of your CPNI. Your choice remains valid until you change your election by calling the number above.

**Electronic Fund Transfer (EFT)**
Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1-888-500-5358.

**Service Providers**
Verizon PA provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

Case ID: 160903521

CHRISTOPHER KELLY
Primary Phone:     215-849-2730
Account Number:   454-026-986-0001-78

Bill Date:   January 18, 2016

Get answers fast
• Click to chat at verizon.com/liveagent
• Call 1.800.Verizon (1.800.837.4966)
• Customers with disabilities call
  1.800.974.6006 (voice or TTY)

**Local Franchise Authority - Fios TV**
City of Phila City Hall, 1400 JFK Blvd, Div of Tech,
Cable TV Unit, Rm 702, Phila, PA  19107, 215
686-2934, Your FCC Community ID is: PA3925

## Special Services

**Correspondence**
Go to verizon.com/contactus or mail to PO Box 5156,
Tampa FL 33675.

**Closed Captioning Questions and Concerns?**
If you have a concern or complaint with closed
captioning on a program, please call Verizon at
1.800.VERIZON. Written correspondence can be sent
by fax to 1.888.806.7026, by email to
videoclosedcaption@verizon.com, or by mail to
Verizon, PO Box 5166, Tampa, FL 33675 Attn: Carinne
Turney, Manager.

**Bankruptcy Information**
If you are or were in bankruptcy, this bill may include
amounts for pre-bankruptcy service. You should not
pay pre-bankruptcy amounts; they are for your
information only. Mail bankruptcy-related
correspondence to 500 Technology Drive, Suite 550,
Weldon Spring, MO 63304.

Case ID: 160903521

CHRISTOPHER KELLY
Primary Phone:    215-849-2730
Account Number:  454-026-986-0001-78
Bill Date: February 18, 2016

**Get answers fast**
- Click to chat at verizon.com/liveagent
- Call 1.800.Verizon (1.800.837.4966)
- Customers with disabilities call
  1.800.974.6006 (voice or TTY)

## Account Summary

| Previous Period | | |
|---|---|---|
| Previous Balance | 135.69 | |
| Payment Received - Thank You | -135.69 | 2/4 |
| Balance Forward | $.00 | |

| Current Charges | | |
|---|---|---|
| Fios TV, Internet & Phone Bundle | 89.99 | 2/19 - 3/18 |
| Additional Services & Equipment | 24.97 | 2/19 - 3/18 |
| Fees & Other Charges | 20.73 | |

**Total Due by March 14**              **$135.69**

To avoid a late payment charge, pay the total due by Mar 22, 2016. For
TV, internet and wireless services, the late payment charge is $5 or 1.5%
of your total due, whichever is greater. For all other services, the late
payment charge is 1.25%.

⭐ **Offers & benefits**

**Set you DVR free**

As a Fios Quantum TV customer, you can
stream your favorite DVR shows on select
devices anytime, almost anywhere with the
Fios Mobile app. You can also take live TV
channels with you virtually anywhere.
Download the app today. Fios Internet &
Verizon router required.

**Premium channels**

Check out new and returning series for the
best in entertainment at home or on the go,
like Vinyl on HBO®, Black Sails on STARZ®,
Billions on SHOWTIME® and more. Call us
at 1.866.495.8254, or go to channel 860 to
check out our offers. Availability varies and
restrictions apply.

**Maximize your speed**

Get even more blazing speed to do more
online and watch your devices fly. Upgrade
to Fios Quantum 50/50 Mbps Internet for
just $10 per month more. Call us at
1.888.656.8111. Limited-time offer. Speeds
not available in all areas. Taxes apply.

 **More ways to pay**

Never be late again! Auto Pay at verizon.com/
autopay and you're always on time, or use:

- verizon.com/payonline to make a single
  online payment
- My Fios app
- 1.800.837.4966 to pay by phone
- verizon.com/paymentlocations to pay in person

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Send this stub with your payment

Account Number: 454-026-986-0001-78

Total Due: $135.69              021816

Make check payable to Verizon

$ _____

CHRISTOPHER KELLY
221 W DUVAL ST
PHILA PA 19144- 2507

VERIZON
PO BOX 15124
ALBANY NY 12212-5124

V.5  454026986000178  0000000000  000000135699

Case ID: 160903521

CHRISTOPHER KELLY
Primary Phone:    215-849-2730
Account Number:  454-026-986-0001-78
Bill Date:  February 18, 2016

### Optimize speed

Get faster Wi-Fi speeds and maximize
your entertainment with Fios at
verizon.com/speedoptimizer.

## Your Discounts

| | Price | Your Discounts | Amount You Pay | |
|---|---|---|---|---|
| **Bundle Discounts** | | | | |
| Fios TV Preferred HD | 54.99 | -10.00 | 44.99 | TV discount expires 8/14/16. Internet discount expires 8/14/16. |
| Fios Internet 25/25 | 40.00 | -25.00 | 15.00 | |
| Fios Digital Voice Unlimited | 30.00 | | 30.00 | |
| Bundle Price | $124.99 | -$35.00 | $89.99 | |
| **Additional Services & Equipment Discounts** | | | | |
| Fios Quantum TV - Enhanced Service | 22.00 | -22.00 | .00 | TV discount expires 8/14/16. |
| Subtotal | | -$22.00 | | |

### Discounts This Month          -$57.00

Discounts have been applied to the Total Due shown on page 1.

## Fios Fast Facts

### Test Your Internet Speed

Put your Fios Internet connection
to the test! Learn about the speed
range of your Fios service by
visiting verizon.com/
checkyourspeed.



### AccuWeather

AccuWeather is now even better. Get local
hourly and special events forecasts,
RealFeel® Temperature and other local
and regional updates. Plus new
MinuteCast®, a minute-by-minute
precipitation forecast for key local
landmarks. Tune to channel 619 in HD or
119 in SD today.

 **Frequently Asked Questions**

How can I make a payment arrangement?
Please visit us at verizon.com/billpay and select 'Payment Arrangement'
under 'Payment Actions'.

Where do I find Fios Digital Voice options on my Fios TV?
• From the Fios TV Main Menu, click on "Fios Digital Voice" and "OK"
  - View your call logs and listen to voice mail messages
  - Enable features like Caller ID on TV, Simultaneous Ring, Call Forwarding,
    Incoming Call Block, and Do Not Disturb
• Refer to your user guide for details at verizon.com/fiosvoice/userguide

What are the Taxes, Surcharges, and
Fees on my bill?
Your bill includes federal, state and local
taxes, governmental surcharges and fees
as well as Verizon surcharges and fees.
These charges vary depending on what
products and services you have and in
which state you use these products and
services. For more information go to
verizon.com and type "taxes and charges"
in the search box.

Case ID: 160903521

CHRISTOPHER KELLY
Primary Phone:   215-849-2730
Account Number:   454-026-986-0001-78
Bill Date:   February 18, 2016

Get answers fast
• Click to chat at verizon.com/liveagent
• Call 1.800.Verizon (1.800.837.4966)
• Customers with disabilities call
  1.800.974.6006 (voice or TTY)

## Details of Current Charges

Includes discounts shown on page 2.

| Fios TV, Internet & Phone Bundle | | | |
|---|---|---|---|

Your bundle includes Fios TV Preferred HD, Fios Internet 25/25 and Fios Digital Voice Unlimited

| Bundle Price | $89.99 | 2/19 - 3/18 |
|---|---|---|

Your monthly price after the discounts shown on page 2 were applied.

| Additional Services & Equipment | | | |
|---|---|---|---|

Equipment

| (Rent): 2 TV Equipment Package | 19.98 | |
|---|---|---|
| (Rent): Wireless Router | 4.99 | |
| Subtotal | $24.97 | 2/19 - 3/18 |

Equipment and additional services to personalize your Fios service.

| Fees & Other Charges | | |
|---|---|---|

Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.

Taxes, Governmental Fees & Surcharges

| PA State and Local Sales Tax | 4.99 |
|---|---|
| Telecommunications Relay Service | .08 |
| E911 | 1.65 |

Verizon Surcharges & Fees

| Federal Universal Service Fee | 3.66 |
|---|---|
| PA Gross Receipts Tax Surcharge | 1.81 |
| Video Franchise Fee | 3.55 |
| Regulatory Recovery Fee - Federal | .08 |
| Franchise Related Costs | 1.50 |
| Regional Sports Network Fee | 2.42 |
| FDV Administrative Charge | .99 |
| Subtotal | $20.73 |

| Total Due | $135.69 |
|---|---|

Case ID: 160903521

CHRISTOPHER KELLY
Primary Phone:    215-849-2730
Account Number:  454-026-986-0001-78
Bill Date:  February 18, 2016

## Customer Notices

### Customer Proprietary Network Information (CPNI) Notice for Residential, Small and Medium Business Customers

CPNI is information that relates to the type, quantity, destination, technical configuration, location, amount of use, and billing information of your telecommunications or interconnected VoIP services. This information is made available to us solely by virtue of our relationship with you. The protection of your information is important to us. Under federal law, you have a right, and we have a duty, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services such as video, wireless, Internet, and long distance. Visit verizon.com for a complete listing of our services and companies.

For residential, small and medium business customers, you may choose not to have your CPNI used for marketing purposes described above by calling us anytime at 1-866-483-9700. When you call, please have your bill and account number available. Your decision about use of your CPNI doesn't affect our provision of services to you nor eliminate all Verizon marketing contacts.

Unless you call us at the number above, Verizon may use your CPNI to market different types of services beginning 30 days after the first time we notify you of the CPNI policy described above. You may elect at any time to add or remove a restriction on the use of your CPNI. Your choice remains valid until you change your election by calling the number above.

### Electronic Fund Transfer (EFT)

Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1-888-500-5358.

### Service Providers

Verizon PA provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

### Local Franchise Authority - Fios TV

City of Phila City Hall, 1400 JFK Blvd, Div of Tech, Cable TV Unit, Rm 702, Phila, PA 19107, 215 686-2934, Your FCC Community ID is: PA3925

## Special Services

### Correspondence

Go to verizon.com/contactus or mail to PO Box 5156, Tampa FL 33675.

### Closed Captioning Questions and Concerns?

If you have a concern or complaint with closed captioning on a program, please call Verizon at 1.800.VERIZON. Written correspondence can be sent by fax to 1.888.806.7026, by email to videoclosedcaption@verizon.com, or by mail to

Verizon, PO Box 5166, Tampa, FL 33675 Attn: Carinne Turney, Manager.

### Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

Case ID: 160903521