Exhibit "C"

Corporations ▼   Search Business Entities (corpsearch.aspx)   Search UCC Transactions (uccsearch.aspx)   Forms ▼

Contact Corporations (http://www.dos.pa.gov/BusinessCharities/Pages/default.aspx)   Register (../Account/Register_account)   Login (../Account/ValidateUser)

Search entity / Select entity / **Order documents**

# Order Business Documents

Date: 11/30/2016

## Business Name History

| Name | Name Type |
|---|---|
| VERIZON PENNSYLVANIA | Current Name |

### Business Entity Details
### Officers

| | |
|---|---|
| Name | VERIZON PENNSYLVANIA |
| Entity Number | 2949781 |
| Entity Type | Fictitious Names |
| Status | Active |
| Citizenship | Domestic |
| Entity Creation Date | 06/27/2000 |
| Effective Date | 06/27/2000 |
| State Of Inc | PA |
| Address | 1717 ARCH ST PHILADELPHIA PA 19103-0 Philadelphia |
| | |
| Name | BELL ATLANTIC PENNSYLVANIA INC |
| Title | OWNER |
| Address | |

## Filed Documents

The information presented below is for your reference. To place an order you will need to log in. If you do not have a PENN File account, you may register for an account by clicking here (/Account/Register_account).

Show 25 ▼ entries                                                                                      Filter Records

| Select | Date | Document | Pages | Plain Copy Quantity# | Price | Certified Copy Quantity# | Certified Copy Price | Microfilm # | Microfilm Start | Microfilm End | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 06/27/2000 | FICTITIOUS NAME 1 | 2 | 1 | $3.00 | 0 | $40.00 | 111 | 29432 | 2 | |
| | All Dates | All Certified Copies | 2 | | Quantity # 1 | | $46.00 | | | | |

Showing 1 to 1 of 1 entries                                                                      Previous  1  Next

## Certified Documents

| Select | Date | Document | Pages | Quantity# | Price | Line Total |
|---|---|---|---|---|---|---|
| | 11/30/2016 | Index and Docketing Report | 1 | 1 | $15.00 | |
| | 11/30/2016 | Index and Docketing Certified Report | 1 | 1 | $55.00 | |

**Order Total :**

<< Back to Search Results

Login