# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER KELLY, <br> Individually and on behalf of all others similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> VERIZON PENNSYLVANIA, LLC, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 16-5672 |

## ORDER

**AND NOW**, this 11th day of February, 2019, upon consideration of Plaintiff's Second Renewed Motion to Remand (Doc. No. 94), Defendants' Response in Opposition (Doc. Nos. 96, 97), Plaintiff's Reply Brief (Doc. No. 101), and Defendants' Sur-reply Brief (Doc. No. 105), and following a hearing on December 12, 2018, it is hereby **ORDERED** that the Motion is **DENIED**. Defendants shall file a response to the Complaint within twenty-one (21) days from the date of this Order.

It is **FURTHER ORDERED** that Defendants' Motion to Preclude the Introduction of Testimony by Certain Witnesses (Doc. No. 108) is **DENIED AS MOOT**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG,       J.**